**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 05 2025**

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~[redacted]~~ COLORADO

DELVONTE E. HARRIS
(Full Name)

85954 - 083
(Register No.)

Plaintiff                                          Civil No._____

v.

UNITED STATES OF America, ET AL,.
(Full Name)

Defendants

<u>CIVIL COMPLAINT PURSUANT TO 28 U.S.C. §1331</u>

I.   Place of present confinement of plaintiff(s): Coleman USP 1

II.  Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A.   Plaintiff DELVONTE E. Harris  Register No. 85954-083

Address: Coleman 1 USP FL 33521 PO. 1033

B.   Defendant MR. McCOULLAH, WARDEN STARR, SEE ATTACHED

is employed as NURSE MEDICAL / CORRECTIONAL OFFICER

at UNITED STATES PENITENTIARY FLORENCE, Co. 81226

For additional plaintiffs or defendants, provide above information in same format on a separate page.

At the time the claim(s) arose, was this defendant acting in

his official capacity as an employee of the United States?

Yes __X__ No_____

Explain: _MCCOULLAH WAS WORKING AT U.S.P FLORENCE HIGH AS A MEDICAL OFFICER AND NURSE AT THE SAID TIME AND WAS THE NURSE IN CHARGE OF ADMINISTERING MEDICATIONS_

III. Do your claims involve medical treatment?

Yes __X__ No_____

IV.  Do you request a jury trial?

Yes __X__ No_____

V.   Do you request money damages?

Yes __X__ No_____

State the amount claimed: $ ~~250,000~~ $ 250,000  U.S CURRENCY ~~_____~~ (actual/punitive).

VI.  Are the wrongs alleged in your complaint continuing to occur?

Yes __X__ No_____

VII. Grievance procedures:

    A.  Does your institution have an administrative or grievance procedure?

        Yes __X__ No_____

    B.  Have the claims in this case been presented through an administrative or grievance procedure within the institution?

        Yes __X__ No_____

    C.  If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result).

I HAVE FILED GRIEVANCES IN INSTITUTION FROM A BP8, BP9, BP10, BP11 AND ALSO 3 TORT CLAIMS ALL FOR SAME REASONS AND EVENTS. I HAVE ALSO WRITTEN THE DEPARTMENT OF JUSTICE

D.  If you have not filed a grievance, state the reasons.

FOR VIOLATION OF MY 5TH, AND 8TH ADMENDMENTS. Negligence AND Civil CONSPIRACY AND ATTEMPTING TO COVER UP WRONGS BY OFFICERS UNDER FEDERAL COLOR THE WARDEN OF INSTITUTION PARTICIPATEING IN Civil violations

VIII.  Previous cases:

A.  Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes X No _____ .

B.  Have you begun other cases in state or federal courts for any other reason except to obtain habeas corpus relief? Yes _____ No X

C.  If your answer is "yes", to either of the above questions, provide the following information for each case.

(1)  Style: _____

    (Plaintiff)    (V.)    (Defendant)

(2)  Date filed: _____

(3)  Court where filed: _____

(4)   Case number and citation:_____

(5)   Basic claim made:_____

(6)   Date of disposition:_____

(7)   Disposition:_____

[(Pending)(on appeal)(resolved)]

(8)   If resolved, state whether for:_____

For additional cases, provide the above information in the same format on a separate page.

IX.   Statement of claim:

A.   State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

PLEASE SEE ATTATCHED Pages A TOTAL OF 5 pgs ON NOTEBOOK/LEGAL PAPER # 1 OF 2 , # 2 OF 2, # 1 OF 1, # 1 OF 2, # 2 OF 2

---

---

---

    B.    State briefly your legal theory or cite appropriate authority:

I WAS A WARD OF FLORENCE COLORADO U.S.P AS A FEDERAL INMATE AND my CIVIL RIGHTS WAS VIOLATED By MANY/NUMEROUS OFFICERS ACTING UNDER FEDERAL COLOR. ~~PEOPLE~~ WHO THEN AII Committed CIVIL Conspiracy AND more VIOLATIONS

---

---

---

    C.    Jurisdiction - If you wish to assert jurisdiction under additional statutes, you must list them and explain their significance:

---

---

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

To HAVE SAID FEDERAL OFFICERS ACTING UNDER FEDERAL COLOR REMOVED FROM THEIR POST AND TO BE COMPENSATED FOR Negligence AND violation of my civil Rights 5th, 8th, 1st

XI.    Counsel:

    A.    If someone other than a lawyer is assisting you in

preparing this case, state the person's name.

_____

_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes_____No___✕___

If so, state the name(s) and address(es) of each lawyer contacted.

_____

If not, state your reasons.

_____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes_____No___✕___

If so, state the lawyer's name and address:

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this _April_ day of ___8___, 20_25_

_D. Harris_
_____
(Signature(s) of plaintiff(s))

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 0 8 2025
JEFFREY P. COLWELL
CLERK

CLERK OF COURTS

Please Allow my civil case To Be Submitted I Have Been Haveing Trouble with my mail and Correspondence Comeing in And Going out Dealing with the Federal Prison System with Incomeing mail and out Going mail. PLEASE SEE Letter From my Lawyers OFFICE INSIDE Packet Claiming THE SAME. I Am A Federal INMATE AT U.S.P Coleman 1, Lockdowns HAVE BEEN FREQUENT AND BACK TO BACK without Any Memo's or updates. Blocking my Access To Law Library / Electoral Library To Give me Insight of my Rights AND Proper Procedure To Conduct myself properly in THE COURTS View. AT THIS Moment I AM IN POPULATION, But This Prison is under Lockdown AND Short of STAFF AT This moment.              I SWEAR under the Law of perjury THIS is All True

I HAVE BEEN TRYING
FOR MONTHS TO GATHER THIS
INFO INSIDE PACKET To SEND TO
YOUR COURTS WITH RECIEPTS

P. Harris
85954-083
6-22-92



# FEDERAL P
## EASTERN DIST                    ɪNIA
701 E. Broad Street, Suite 3600
Richmond, Virginia 23219
Main Line: (804) 343-0800
Direct: (804) 565-0855
eFax: (804) 800-4214

Geremy C. Kamens
Federal Public Defender

Carolyn V. Grady
Assistant Federal Public Defender



March 4, 2025

Delvonte E. Harris, Reg. No. 85954-083
USP Coleman I
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521

Re: *United States v. Delvonte E. Harris*—3:21-cr-18-REP; *Delvonte E. Harris v. Unknown*—3:23-cv-599-MHL

Dear Mr. Harris:

As requested, please find enclosed a copy of your docket sheet in case 3:23-cv-599-MHL and 3:21-cr-18-REP, and a copy of the case documents in 3:23-cv-599-MHL, with the exception of Docs. 3 and 4 (Prisoner Trust Fund Account Statement and Motion for Leave to Proceed *in forma pauperis*) as those documents are sealed and I do not have access to them.

I have also included what I could find regarding a *Bivens* packet (1983 case) in the District of Colorado.

I received these documents back today after previously sending them to you on January 24, 2025. Your name and register number were on the envelope, so I have no idea why this was returned to us yesterday, March 3, 2025. The envelope said "Return to Sender-Unable to Identify" though I verified the address and your Register Number. Hopefully you receive this copy.

SAME ISSUE AT
U.S.P FLORENCE COLORADO

Sincerely,

Lindsay A. Paiz
Paralegal

Enclosures

(MCCOLLAH) -8[TH] ALLOWING ME TO SUFFER WATCH/WITNESSING ME SWALLOW A BOTTL
OF PILLS
- 5TH DUE PROCESS RIGHTS, DID NOT HIT MEDICAL CODE AFTER
WITNESSING ME EAT A BOTTLE OF PILLS ATTEMPTED SUICIDE/OVERDOSE
• VIOLATION OF PATIENT CARE ● NURSE MCCOULLAH WORKS FOR MEDICAL

(MORRIS) 5TH AND 8TH
   MORRIS WAS INFORMED BY KHALIL GRAHAM MY CELLMATE
THAT I JUST ATE/SWALLOWED A BOTTLE OF SLEEPING INFRONT OF
NURSE MCCOULLAH. AND I NEED TO SEE PSYCHOLOGY AN MEDICAL
MORRIS REFUSED ME MEDICAL HELP AND PSYCHOLOGY AND LEFT
ME IN MY CELL AND NOTIFIED NO ONE AT ALL. DID NOT HIT CODE!

(S.I.S LT LOPEZ)
   ~~REFUSED ME TO GET A FABRICATED RACIST PRE GANG RAPE~~
   ~~OUT OF CONTROL RAPING WITHOUT A PROPER INVESTIGATION.~~
   ~~REFUSED ME PSYCHOLOGY HELP AFTER & CONTINUED RACIST~~
LEFT ME IN SHU FOR OVER 102 DAY EVEN AFTER DNA/BLOOD TEST
SHOWED THAT I WAS INNOCENT ~~DETAINED~~ AFTER APPROX 14 DAYS
~~GANG RAPE GANG RAPE~~ APPROX FEB 29, 2023 LT. LOPEZ REFUSED
ME PSYCHOLOGY HELP WHEN I ASKED HIM ON HIS WEEKLY SHU ROUND
AND REFUSED TO TALK TO ME OR UPDATE ME ON MY CASE FOR FALSE
~~AND~~ RACIST PRE GANG RAPE. 5TH AND 8TH

(S.I.S) QUANTANA
CAME TO MY DOOR APPROX FEB 29, 2023 AND REFUSED TO CALL
PSYCHOLOGY FOR ME WHEN I TOLD HIM I FEEL SUICIDAL. QUANTANA
WITNESSED ME SWALLOW A BOTTLE OF PILLS ATTEMPT SUICIDE/OVERDOSE
AND JUST ~~SHOOK~~ SHUCK HIS HEAD AND WALKED AWAY. DID NOT CALL CODE
NOTIFIED NO. 1.   5TH AND 8TH

(BACKUSH) Come to my cell Door C-2 Cell 250 AFTER S.I.S QUANTANA LEFT MY DOOR AND WAS NOTIFIED BY MY cellmate KHALIL GRAHAM TO PLEASE CALL MEDICAL/PSYCHOLOGY INMATE HARRIS JUST TRIED TO OVERDOSE INFRONT S.I.S AND ATE A BUNCH OF PILLS. BACKUSH REFUSED TO ALERT PSYCHOLOGY SO I WALKED UP TO CELL DOOR AND SWOLLOWED A BOTTLE OF PILLS INFRONT OF HIM! BACKUSH Yelled FOR LT. ERZMEN AND TOLD HIM HARRIS JUST ATE A BUNCH OF PILLS. LT EIZMEN TOLD HIM TO LEAVE ME IN THE CELL. BACKUSH TOLD MY CELLMATE TO WATCH ME AND WALKED AWAY. DID NOT CALL EMERGENCY CODE OR NOTIFY MEDICAL

(LT. TROUTMEN) REFUSED TO CALL MEDICAL AFTER I CUTT ON MYSELF THEN SWOLLOWED RAZOR INFRONT HIS STAFF. OBSERVING SUICIDE WATCH OFFICER REPORTED TO LT. TROUTMEN THAT I ATE THE RAZOR. TROUTMEN STILL REFUSED TO CALL MEDICAL AND PUT ME IN ABITORY RESTRAINTS. DID NOT SEND ME OUT TO HOSPITAL AND LEFT ME IN BLOODY SUICIDE SUITE. $5^{+H}$ $8^{+H}$

(S.I.S) WAS TELLING OTHER INMATES THAT ME AND 7 OTHER BLACK INMATES RAPED STEVEN F. AND THAT THEY FOUND SEOMEN ON STEVEN SWEATPANTS - DEFAMATION ALL LIES.

(WARDEN STARR) NEGLECT, Civil CONSPIRACY, $5^{+H}$, $8^{+H}$, $14^{+H}$

(CAPTAIN AVERY) NEGLECT, CIVIL CONSPIRACY, $5^{+H}$, $8^{+H}$, $14^{+H}$

I SWEAR UNDER THE LAW
OF PERJURY All EVENTS
ARE TRUE   D. Harris

( Page 1 OF 2 )

## ATTATCH TO GREIVANCE

I DELVONTE E. HARRIS WAS ARRESTED AND TAKEN OUT OF
POPULATION UNIT [BB] HERE AT FLORENCE COLORADO USP HIGH
ON THE NIGHT OF FEB 1, 2023 AND TAKEN TO [SHU] SPECIAL HOUSEING
ALONG WITH 7 OTHER BLACK INMATES FOR A RACIST FABRICATED PREA
GANG RAPE OF A WHITE INMATE. I WAS COOPERATIVE IN THE
PROCESS GIVEN A URINE AND DNA BLOOD TEST. S.I.S LT LOPEZ
CAME TO MY CELL DOOR C-2 CELL 248 APPROX 48HRS AFTER MY
ARREST AND NOTIFIED ME AND MY CELLMATE KHALIL GRAHAM
THAT HE KNEW WE DID NOT COMMIT THE SAID CRIMES
AND HAD RECORDS OF MR. FELDMEN FILEING FALSE PREAS
AT OTHER INSTITUTIONS. BUT YET HELD ME IN SHU. APPROX
2 WEEKS LATER I WAS STILL BEING HELD/LOCKED UP EVEN THO
All DNA TEST WAS SENT BACK TO LABS PROVEN NEGATIVE.
WITH NO ANSWERS AS TO WHY I WAS STILL BEING HELD IN
SHU, DEALING WITH SLANDER FROM OTHER INMATES AND STAFF
SAYING I WAS A RAPIST I HAD A BREAKDOWN APPROX FEB 14, 2023
I ASKED NURSE MCCOULLAH TO PLEASE CALL PSYCHOLOGY IM
GONNA KILL MYSELF. MCCOULLAH SAID NO! SO I ATE A BOTTLE OF
30 RIMRON SLEEPING PILLS INFRONT OF HIM, CELL 248 RANGE C-2
AT P.M PILL PASS ON SAID DATE. NURSE MCCOULLAH TURNED HIS
HEAD AND WALKED AWAY. MEDICAL STAFF NURSE/MR. MCCOULLAH
NOTIFIED NO ONE AND DID NOT CALL EMERGENCY CODE, JUST WALKED
AWAY AND LEFT ME IN MY CELL. MOMENT LATTER OFFICER MORRIS
DURING HIS SERCURITY ROUNDS WAS STOPPED AT MY CELL BY
KHALIL GRAHAM. GRAHAM NOTIFIED MORRIS, "HARRIS JUST
ATE A BUNCH OF PILLS INFRONT THE NURSE TRYING TO KILL HIMSELF
CALL MEDICAL/PSYCHOLOGY AND GET HIM OUT OF CELL!" MORRIS
ASK GRAHAM TO GIVE HIM THE REST OF MY PILLS IN THE CELL

( Page 2 of 2 )

SIGNED UNDER THE
LAW OF PERJURY
ALL EVENTS ARE TRUE
D. Harris

BUT WOULD NOT AND STILL DIDN'T CALL EMERGENCY CODE
OR NOTIFY ANYONE. I BLACKED OUT AT SOME POINT AND
WOKE UP LAYING IN MY CELL FLOOR, DIZZY AND VOMMITING
SUFFERING FROM STOMACH ACHES SEVERE HEADACHE. MY
CELLMATE MADE ME DRINK MILK AND TAKE A HOT SHOWER.
OFFICER MORRIS KEPT STOPPING AT MY CELL TELLING
GRAHAM TO GIVE HIM WHAT EVER PILLS/MEDICATION I HAD LEFT
IN THE CELL. MY CELLMATE REFUSED AND KEPT ASKING MORRIS
TO CALL FOR HELP. REVIEW CAMERA ON SAID DATE PLEASE
APPROX FEB 14, 2023 EVENNING SHIFT. THE NEXT DAY NURSE
MCCOULLAH SKIPPED MY DOOR AND KEPT WALKING DENYING
BOTH ME AND MY CELLMATE OUR MEDICATION. KHALIL GRAHAM
IS A DIABETIC AND I AM CRONIC CARE FOR HIGH BLOOD PRESSURE
AND PTSD SEVERE AN ANXIETY DEPRESSION. ALSO PLEASE CHECK
SYSTEM FOR DESTRESS BUTTON WAS HIT ON DATE OF NEGLECT
AND WANTON MISCONDUCT BY STAFF. I SUFFERED FROM
SEVERE STOMACH PAINS AND HEADACHES FOR MULTIPLE DAYS
WITH NO HELP OR RELIEF. NOT KNOWING WHAT ELSE TO DO AS
SOON AS I GOT A PENCIL AND PAPER I WROTE THE PERILOUS
EVENT AND ACTIONS OF HER STAFF IN A HANDWRITTEN
GREIVANCE, THAT I GAVE DIRECTLY TO WARDEN STARR ON HER SHU
WALK THROUGH, I WAS LATER INTERVIEWED [BY DR. MACH]
MENTAL HEALTH AND TOLD SHE APOLOGIZE FOR ACTIONS OF THE
NURSE AND IT WILL BE A INVESTIGATION. WHEN I FOUND OUT
OFFICER MORRIS NAME I REPORTED HIM ALSO! THESE STAFF
ACTING UNDER COLOR OF FEDERAL LAW SHOULD BE FIRED
FOR NEGLIGENCE, WANTON MISCONDUCT, VIOLATION OF MY CIVIL RIGHTS
AND VIOLATEING [PROGRAM STATEMENT 6031.05 PATIENT CARE

( Page 1 of 2 )

I SWEAR UNDER THE LAW OF PERJURY All THESE PERILOUS EVENTS ARE TRUE

ATTATCH TO GREIVANCE

AFTER WEEKS WITHOUT ANY RESULTS OR CHANGE OF STATUS IN SHU UNABLE TO TALK TO MY FAMILY, BECAUSE FLORENCE COLORADO STAFF DELETED MY CONTACTS OFF OF MY PHONE LIST I WAS FIGHTTING DEPRESSION MY ANXIETY AND PTSD MADE ME VERY MISERABLE. EACH STAFF MEMBER TOLD ME I HAD TO WAIT AND TALK TO S.I.S LT LOPEZ BECAUSE HE WAS OVER TOP THE PRE RAPE CASE. MANY OFFICERS WOULD NOT EVEN STOP AT MY DOOR TO ASSIST ME WITH ANYTHING AT All BECAUSE I WAS LABELED AS A D.C INMATE WHO RAPED ANOTHER INMATE. DEALING WITH MY DAY TO DAY illness ALONG WITH DEFAMATION/SLANDER I HAD MY SECOND MENTAL BREAKDOWN APPROX [FEB 29, 2023 C-2 Cell 250] ADMINISTRATION DID THEIR WEEKLY SHU ROUND. LT LOPEZ CAME ON MY RANGE AND STOPPED AT MULTIPLE DOORS TO GIVE UPDATES TO INMATES. WHEN LT LOPEZ GOT TO MY DOOR HE KEPT WALKING, I WAS BANGING ON MY DOOR YELLING FOR MR LOPEZ TO STOP. LOPEZ WAVED ME OFF AND STATED THAT "HE'S NOT GONNA EVEN WAIST HIM TIME". I YELLED ON TIER "CALL MENTAL HEALTH umma KILL myself"! LOPEZ TOLD ME YEA OK"! MOMENT LATER S.I.S QUANTANA STOPPED AT MY DOOR I ASK HIM TO CALL PSYCHOLOGY umma KILL myself! QUANTANA JUST LEANED ON THE WHITE BOX ON MY cell NONCHALANT, SO I ATE A BOTTLE OF PILLS INFRONT OF HIM WITH WATER. QUANTANA JUST LOOK AT ME AND WALKED OFF STOPPING AT Cells TALKING TO INMATES LIKE NOTHING HAPPENED HE NOTIFIED NO ONE AT ALL [DID NOT CALL EMERGENCY CODE]! LEFT ME IN MY CELL.

D. Harris

(Page 2 of 2)

I SWEAR UNDER THE LAW OF PERJURY THAT ALL THESE PERILOUS EVENTS ARE TRUE. D. Harris

MOMENTS LATER OFFICER BACKUSH CAME ON RANGE C-2 TO SERVE LUNCH TRAYS. BACKUSH STOPPED AT MY DOOR CELL 250 C-2 TO SERVE LUNCH. I WAS SITTING ON FLOOR PRAYING THAT THE PILLS DO THEIR JOB. KHAUL, MY CELLMATE STARTED ASKING BACKUSH TO GET HIM OUT OF THE CELL, "HARRIS JUST ATE A BUNCH OF PILLS AGAIN TRYING TO KILL HIMSELF." OFFICER BACKUSH KEPT CALLING MY NAME, SO I GOT UP WALKED UP TO THE DOOR WINDOW AND ATE ANOTHER BOTTLE OF PILLS AND SMASHED THE BOTTLE/CUP INTO THE WINDOW OF DOOR. BACKUSH YELLED DOWN THE RANGE, YELLING TO LT. EIZMAN HEY THIS GUY JUST ATE A BUNCH OF PILLS." LT. EIZMAN YELLED BACK WHO? BACKUSH SAID HARRIS! LT. EIZMAN SAID FUCK EM LEAVE HIM IN THERE! OFFICER BACKUSH SAID WHAT? THEN TOLD GRAHAM JUST HOLD UP AND WATCH HIM! BACKUSH WALKED AWAY! NEITHER OFFICER CALLED EMERGENCY CODE OR REPORTED THIS PERILOUS SITUATION. LEFT ME IN CELL. PLEASE REVIEW CAMERA YOU WILL WITNESS BACKUSH AT CELL 250 C-2 PUTTING HIS HANDS UP IN A PANIC TELLING GRAHAM HOLD ON! OFFICER BACKUSH AND LT. EIZMAN BOTH LEFT ME IN CELL 250 RANGE C-2 AND DID NOT CALL EMERGENCY CODE OR NOTIFY ANYONE. BOTH ARE IN VIOLATION OF CIVIL CONSPIRACY AND 42 USC 1983.

D. Harris

Page 1 OF 1

I SWEAR UNDER THE LAW OF PERJURY ALL PERILOUS EVENTS ARE TRUE
D. Harris

ATTATCH TO GREIVANCE

APPROX MARCH 1, 2023 I DELVONTE E. HARRIS WAS BEING HELD IN SUICIDE WATCH. THE MORNING OF THIS SAID DATE I WAS LAYING ON MY MAT ON THE FLOOR OF MY CELL AND FOUND A RAZOR ON THE FLOOR IN SUICIDE WATCH. I STARTED TO CUTT THE INSIDE OF MY LEFT ARM. THE OFFICER OBSERVEING ME SEEN WHAT I WAS DOING AND THREATEN ME TO STOP, I WALKED UP TO THE GLASS WINDOW AND ATE THE RAZOR INFRONT OF THE OFFICER ON DUTY. THE OFFICER CALLED EMERGENCY CODE. LT TROUTMEN CAME AND I WAS PUT IN RESTRAINTS, BUT LT TROUTMEN REFUSED TO CALL MEDICAL SO THEY COULD LOOK OVER ME. LT TROUTMEN VERBALLY ABUSED ME AND TOLD THE OTHER OFFICERS I CUTT MYSELF WITH MY NAILS. WHILE DEGRADEING ME LT TROUTMEN WAS BLOWING VAPE CIGARRET SMOKE IN MY FACE, TELLING ME EVEN IF YOU SWOLLOWED A RAZOR IT CAN'T HURT YOU. I REFUSED TO GIVE BACK RESTRAINTS UNTIL LT WOULD CALL MEDICAL. I TOLD LT TROUTMAN I'LL GIVE BACK THE HANDCUFFS WHEN MEDICAL COMES. EVENTUALLY APPROX 45 MINUTES LATER LT TROUTMEN FINALLY CALLED MEDICAL. NURSE KAMROD CAME AND AS SOON AS HE SEEN MY ARM ASKED WERE DID I GET A RAZOR "THOSE ARM CLEAN SLICES" AND HARRIS DOES NOT HAVE NAILS. NURSE KAMROD DID NOT CLEAN BLOODY CUTTS AT ALL AND I WAS LEFT IN BLOODY TURTLE SUITE. I WAS NOT TAKEN TO HOSPITAL AND STAFF CAME BACK 8 DAYS LATER EXSCORTED ME TO MEDICAL FOR A X-RAY, REPORTED BLOOD IN MY STOOL ON X-RAY MEDICAL REPORT. PLEASE REVIEW CAMERA FROM FLORENCE COLORADO USP HIGH R3D DEPARTMENT, MY SUICIDE CELL WAS SEARCHED BEFORE I ENTERED IT. REVIEW CAM MARCH 1, 2023 WHEN CODE WAS CALLED YOU WILL SEE A BIG SMOKE CLOUD FROM LT. TROUTMEN BLOWING SMOKE IN MY FACE!   D. Harris

28954-08

Pg 1 of 2 p

To whom it may Concern

On Approxitematly wed March 27, 2024 Administration staff did SHU walk through on Range C-1, I Delvonte E. Harris Stopped WARDEN STARR at my Door CELL 145 and showed warden Starr my reciepts for my BP8 and also my BP9 pertaining my mental health issues. If you review CAMERA INFRONT Cell 145 warden Starr puts on her glasses at my Door to read over my BP8 and BP9. In her responce Starr refuse to address my primary Diagnoses and Problem Severe Deppression, Severe PtsD, Flash backs & Nightmares. I Plead I plead for help and also show the warden proof that I am Diagnosed and ordered by courts to get treatment Specifically for PtsD. Warden Starr tells me that everybody has P.T.S.D and if I Don't Like her responce then write it up to the next level and Just walks away. Approxitematly 3 to 5 mins later After Starr, I Stop CAPTAIN AVERY at my cell Door Trying to get Avery to hear me out so that I could See Mental Health Docter. I tell Avery that I have Severe PtsD! Captain Avery laughs at me and says "Oh Yeah so do I that Does not matter while Spitting Tabacco in a bottle laughing at me. Please check Camera C-1 Cell 145, Capt Avery Tells me if I Don't like write it up!

Pg 1 of 2 p

So AT THAT MOMENT I PASS COPY'S OF MY RECIEPTS OF PAPERWORK/PAPER TRAIL THAT I HAVE SENT AND CONTACTED TO REGION, REGIONAL DIRECTOR, AND REGIONAL MENTAL HEALTH. REVIEW CAMERA Approx MARCH 27, 2024 A.M. CENTRAL OFFICE RESPONDS TO FILE AT INSTITUTION LEVEL AT FLORENCE COLORADO ATTACHED ARE COPYS OF GREIVANCES FILED AND PROOF OF INSTITUTION COVER UP AND CIVIL CONSPIRACY BY FEDERAL F.B.O.P STAFF/EMPLOYEES. STAFF VIOLATES STANDARDS OF EMPLOYEE CONDUCT AND ALSO DUTIES OF PRISONS. NEGLECTING my mental illnesses. WARDEN STARR AND CAPTAIN AVERY ARE BIAS TOWARD ME AND NEGLECTFUL TO my plight INSIDE THEIR INSTITUTION.

MR. Poleman STAFF UNDER FEDERAL COLOR HAS RECIEPT ATTATCHED STATEING I DID NOT RECIEVE MEMORANDUM ORDERS WHEN COURTS SENT THEM TO FLORENCE. I HAVE BEEN STILL Dealing WITH ISSUES WITH my legal mail AT U.S.p Coleman you WILL SEE ATTATCHED A LETTER FROM my lawyer OFFICE THAT PROVES my claim. THIS IS my SECOND PACKET TO COLORADO COURTS! THIS IS CERTIFIED MAIL TO ENSURE THIS MAIL REACHES COLORADO COURTS,

*CIVIL ACTION NO. 3:23 CV 599*

*3:23-CV-00599*

**HARRIS, DELVONTE**
**Reg. No. 85954-083**

**BP-229 RESPONSE**
**Case Number: 1192140-F1**

Your Request for Administrative Remedy dated February 26, 2024, and received in this office on March 5, 2024, has been reviewed. You allege that you have been refused mental health treatment. As a relief, you request to be removed from USP Florence.

A review of the issue raised in your Request for Administrative Remedy has been conducted. You are currently classified with a CARE1-MH status and have been diagnosed with Opioid Use Disorder and Cannabis Use Disorder by Psychology Services. In accordance with policy, since arrival to USP Florence you have been seen for crisis-related and routine contacts during your time in general population (i.e., 12/7/22-2/1/23 and 5/5/23-8/1/23), daily treatment-related contacts during your time in the Residential Drug Abuse Program (i.e., 8/1/23-12/3/23), and during weekly rounds while in Special Housing Unit (SHU) (i.e., 2/1/23-5/5/23 and 12/3/23-present). During your time in SHU, you have been provided in-cell Psychology-related materials upon request. You are scheduled to be seen for an individual contact with the SHU Psychologist during the month of March 2024.

Accordingly  your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

M. Starr, Warden                                    Date 3/15/24

*WARDEN M.Starr NEGLECTED TO ADDRESS THE REASONS FOR MY ADMINISTRATIVE REMEDY SHOWING NEGLECT AN BIAS TOWARD ME IN MY SUFFERING WHEN IM ASKING FOR HELP*

7022 2410 0001 4498 4561

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

FLORENCE CO 81226
OCT 27 2023
Postmark Here
USPS

Sent To: CIVIL ACTION NO. 3:23cv599
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Delvonte Harris
85954-083

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1201243-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : OCTOBER 7, 2024
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

1/M
Received
11/12/24
TI
Cnc

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARRIS DEWONTE, EDWARD    85954-083    BB    U.S.P FLORENCE
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATEING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANFERED IN THE MIDDLE OF MY GREIVANCE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE MY GREIVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9. 1201241-F1] ONCE I WAS AT U.S.P Coleman 1 ON 7-16-2024 BY COUNSEL MRS.FED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE
   for Relief I ASK MY TORT CLAIM BE HONORED FOR MY PROPERTY AND $150,000 US CURRENCY FOR MENTAL ANGUISH / SUFFERING FOR OVER 400 DAYS WHEN ALL THESE PERILOUS EVENTS TOOK PLACE KNOWING I WAS NOT GUILTY OF A RACIST GANG RAPE AFTER 14 DAYS

9-20-2024    VIOLATED POLICY 1070.08,    D. Harris
   DATE        1040.04, 551.90           SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
OCT 07 2024
Administrative Remedies
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: 1201243

**Part C - RECEIPT**
CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____              _____
DATE                                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR        PRINTED ON RECYCLED PAPER                    BP-231(13)
                                                            JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARRIS DEVONTE, EDWARD    85954-083    BB    U.S.P FLORENCE
_____LAST NAME, FIRST, MIDDLE INITIAL_____REG. NO._____UNIT_____INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANFERED IN THE MIDDLE OF MY GREIVANCE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE MY GREIVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9·1201241-F1] ONCE I WAS AT U.S.P COLEMAN 1 ON 7-16-2024 BY COUNSEL MRSFED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE FOR RELIEF I ASK MY TORT CLAIM BE HONORED FOR MY PROPERTY AND $150,000 US CURRENCY FOR MENTAL ANGUISH/SUFFERING FOR OVER 400 DAYS WHEN ALL THESE PERILOUS EVENTS TOOK PLACE KNOWING I WAS NOT GUILTY OF A RACIST GANG RAPE AFTER 14 DAY'S

9-20-2024    VIOLATED POLICY 1070.08,    D. Harris
_____DATE_____ 1040.04, 551.90 _____SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
OCT 07 2024
Administrative Remedies
Federal Bureau of Prisons

_____DATE_____    _____GENERAL COUNSEL_____

FIRST COPY: WASHINGTON FILE COPY    CASE NUMBER: 1201243

**Part C - RECEIPT**
_____CASE NUMBER: _____

Return to: _____
_____LAST NAME, FIRST, MIDDLE INITIAL_____REG. NO._____UNIT_____INSTITUTION
SUBJECT: _____

_____DATE_____    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR    BP-231 (13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __HARRIS, DELVONTE, EDWARD__        __85954-083__        __BB__        __U.S.P FLORENCE__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATEING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANFERED IN THE MIDDLE OF MY GREIVANCE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE MY GREIVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9-1201241-F1] ONCE I WAS AT U.S.P Coleman I ON 7-16-2024 BY COUNSEL MESFED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE FOR RELIEF I ASK MY TORT CLAIM BE HONORED FOR MY PROPERTY AND $150,000 US CURRENLY FOR mental anguish/SUFFERING FOR OVER 100 DAYS WHEN ALL THESE PERILOUS EVENTS TOOK PLACE KNOWING I WAS NOT GUILTY OF A RACIST GANG RAPE AFTER 14 DAYS

__9-20-2024__ VIOLATED POLICY 1070.08,        __D. Harris__
   DATE      1040.04, 551.90          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

   DATE                     GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY       CASE NUMBER: __1201243__

**Part C - RECEIPT**

                                CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

   DATE                  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEP-R                             BP-231(13)
                                     JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARRIS, DEVONTE, EDWARD    85954-083    BB    U.S.P FLORENCE
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANFERED IN THE MIDDLE OF MY GREIVANCE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE MY GREIVANCE PRCCESS AND SERVED THE RESPONCE FOR MY [BP9-1201241-F1] ONCE I WAS AT U.S.P COLEMAN 1 ON 7-16-2024 BY COUNSEL ITESIFED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE FOR RELIEF I ASK MY TORT CLAIM BE HONORED FOR MY PROPERTY AND $150,000 US CURRENCY FOR MENTAL ANGUISH / SUFFERING FOR OVER 40DAYS WHEN ALL THESE PERILOUS EVENTS TOOK PLACE KNOWING I WAS NOT GUILTY OF A RACIST GANG RAPE AFTER 40DAYS

4-26-2024    VIOLATED POLICY 1070.08,      *D. Harris*
       1040.04, 551.90
       DATE            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

      DATE                     GENERAL COUNSEL

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 1201243

**Part C - RECEIPT**

                             CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

      DATE                 SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR                                       BP-231(13)
                                      JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2024


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1201243-R1    REGIONAL APPEAL
DATE RECEIVED   : AUGUST 29, 2024
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE,  OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : YOU ARE LOCATED IN THE SOUTHEAST REGION.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __HARRIS, DELVONTE, EDWARD__   __85954-083__   __BB__   __U.S.P FLORENCE__
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** My GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201243-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT MY BP9 BEING RETURNED WITH A RESPONSE FROM F.B.O.P WITH A REMEDY OR CHANCE TO APPLY THE NEXT STEP. THIS VIOLATES PROGRAM STATEMENT GREIVANCE PROCEDURE, 4042(c)=DUTIES OF PRISONS, 6031.03 PATIENT CARE NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN BP10 SENT DIRECTLY) TO DSCC AND CENTRAL OFFICE ON PERILOUS EVENTS. PLEASE SENT ME A COPY OF MY BP8, BP9 RESPONSES FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201243-F1] All STAFF MISCONDUCT FORMS WAS TURNED IN ON SAME DATE. DOCUMENTS SHOW I WAS IN TRANSIT DURING GREIVANCE PROCESS, AND SERVED ONLY 1 BP9 RESPONSE AT U.S.P COLEMAN 1 PLEASE REVIEW PERSONAL INJURY TORT. RELIEF ALL STAFF INVOLVED BE PROSECUTED/FIRED Honor MY TORT CLAIM PROPERTY LOST $250,000 U.S CURRENCY Rewarded

*(left margin, vertical):* COVER UP ATTEMPT   STAFF NURSE KENROD

*(right margin):* WITNESS KENNETH GRAHAM

__7-26-2024__          *IMMINENT DANGER*        __D. Harris__
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

_____               _____
DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**

                                             CASE NUMBER: _____

Return to: _____
               LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____               _____
DATE                         SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN         PRINTED ON RECYCLED PAPER                    BP-230(13)
                                                JUNE 2002

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD    85954-083    BB    U.S.P FLORENCE
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** My GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201243-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT MY BP9 BEING RETURNED WITH A RESPONCE FROM F.B.O.P WITH A REMEDY OR CHANCE TO APPLY THE NEXT STEP. THIS VIOLATES PROGRAM STATEMENT GREIVANCE PROCEDURE, 4042(∞)=DUTIES OF PRISONS, 6031.03 PATIENT CARE NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN BP10 SENT DIRECTLY TO DSCC AND CENTRAL OFFICE ON PERILOUS EVENTS. PLEASE SENT ME A COPY OF MY BP8, BP9 RESPONCES FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201243-F1] All STAFF MISCONDUCT FORMS WAS TURNED IN ON SAME DATE. DOCUMENTS SHOW I WAS IN TRANSIT DURING GREIVANCE PROCESS, AND SERVED ONLY 1 BP9 RESPONSE AT U.S.P Coleman 2 PLEASE REVIEW PERSONAL INJURY, TORT. RELIEF ALL STAFF INVOLVED BE PROSECUTED/FIRED. Honor MY TORT CLAIM PROPERTY LIST. $250,000 U.S CURRENCY Rewarded *IMMINENT DANGER*

*(left margin, vertical)* COVER UP ATTEMPT

*(left margin, vertical)* STAFF DEP / NURSE KENNEDY

*(right margin)* WITNESS KENNETH GRAHAM

*(right margin)* [illegible] COVER UP

7-26-2024      D. Harris
DATE            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____      _____
DATE            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____      _____
DATE            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                           BP-230(13)
                                                      JUNE 2002

**Regional Administrative Remedy Appeal**

U.S. Department of Justice

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE EDWARD    85954-083    BB    U.S.P FLORENCE
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** My GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201243-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT MY BP9 BEING RETURNED WITH A RESPONCE FROM F.B.O.P WITH A REMEDY OR CHANCE TO APPLY THE NEXT STEP. THIS VIOLATES PROGRAM STATEMENT GREIVANCE PROCEDURE, 4042(a) DUTIES OF PRISONS, 6031.03 PATIENT CARE NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN BP10 SENT DIRECTLY TO DSCC AND CENTRAL OFFICE ON PERILOUS EVENTS. PLEASE SENT ME A COPY OF MY BP8, BP9 RESPONCES FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201243-F1] ALL STAFF MISCONDUCT FORMS WAS TURNED IN ON SAME DATE. DOCUMENTS SHOW I WAS IN TRANSIT DURING GREIVANCE PROCESS, AND SERVED ONLY 1 RESPONCE AT U.S.P COLEMAN 2 PLEASE REVIEW PERSONAL INJURY TORT. RELIEF ALL STAFF INVOLVED BE PROSECUTED/FIRED. Honor my TORT CLAIM PROPERLY. LT KENNETH GRAHAM $25,000 U.S CURRENCY REWARDED. IMMINENT DANGER

7-26 2024    D. Harris
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

**Part C - RECEIPT**    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13) JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __HARRIS, DELVONTE, EDWARD__  __85954-083__  __RB__  __U.S.P FLORENCE__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** MY GRIEVANCE PROCESS FOR [STAFF MISCONDUCT 1201243-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT MY BP9 BEING RETURNED WITH A RESPONSE FROM F.B.O.P WITH A REMEDY OR CHANCE TO APPLY THE NEXT STEP. THIS VIOLATES PROGRAM STATEMENT GRIEVANCE PROCEDURE, 4042(a): DUTIES OF PRISONS, 6031.03 PATIENT CARE NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN BP10 (SENT DIRECTLY) TO DSCC AND CENTRAL OFFICE ON PERILOUS EVENTS. PLEASE SENT ME A COPY OF MY BP8, BP9 RESPONSES FOR THIS CASE / DOCUMENTS [STAFF MISCONDUCT 1201243-F1] ALL STAFF MISCONDUCT DURING GRIEVANCE PROCESS AND SERVED ONLY 1 BP9 RESPONSE AT U.S.P COLEMAN 2 DOCUMENTS SHOW I WAS IN TRANSIT PLEASE REVIEW PERSONAL INJURY TORT. RELIEF ALL STAFF INVOLVED BE PROSECUTED HONOR MY TORT CLAIM PROPERTY LIST         WITNESS
                                        KENNETH GILHAM

__7-26 2024__  $250,000 U.S CURRENCY  __D. Harris__
DATE      Rewarded      SIGNATURE OF REQUESTER
          IMMINENT DANGER

**Part B - RESPONSE**

_____    _____
DATE                                REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: _____

**Part C - RECEIPT**
                                    CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE                                SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                      BP-230(13)
                                                             JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: HARRIS DEVONTE, E          85954-083          C-1 Cell 153      FLORENCE, COLORADO USP
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT              INSTITUTION

**Part A– INMATE REQUEST**

REFER                                                            STAFF MISCONDUCT
3 CONNECTED   This is a BLATANT COVER UP BY S.I.S               FACTS REFER TO PSYCHOLOGY
Pages         BECAUSE IT WAS REPORTED TO WARDEN STARR HANDWRITTEN
* ATTACHED    GRIEVANCE ABOUT NURSE McCOLLAH'S PERILOUS NEGLECT   STAFF REP **
              CHECK PSYCHOLOGY/MENTAL HEALTH FILES BECAUSE         DR. MACH
FILE WILL     DR. MACH PULLED ME OUT OF MY CELL FOR A INTERVIEW
SHOW          AND SHOWED ME A COPY OF MY COMPLAINT WRITTEN DIRECTLY TO WARDEN
REPORT        STARR. DR. MACH STATED SHE APOLOGIZE FOR THE EVENTS
OF STAFF      THAT TOOK PLACE AND IT WOULD BE A INVESTIGATION   BLATANT
MISCONDUCT    DONE ON STAFF McCOLLAH.                            LIE!
              SECONDLY THE DAY I WAS TAKEN TO SUICIDE WATCH
REFER TO      I INFORMED MENTAL HEALTH DR OF HER FELLOW STAFF
ATTACHED      WATCHING ME EAT PILLS AND LEAVING ME IN CELL 250 C-2
COPY          CHECK PSYCHOLOGY REPORTS AND FILE APPROX FEB 2023 - MARCH
                                                                        2023
5-22-24       No TIME LIMITED FOR STAFF      D. Harris
DATE          BREAKING LAW NOT MONTHS IF SO   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
Admin Remedies

MAY 30 2024

**USP Florence**

See Attached Response
_____
DATE                          WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 1201243-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                      BP-229(13)
                                                             APRIL 1982

**REQUEST FOR ADMINISTRATIVE REMEDY**

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HARRIS DELVONTE E          83954-083          C-1 CELL 153          FLORENCE, COLORADO USP
     LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

STAFF MISCONDUCT
FACTS REFER TO PSYCHOLOGY

3 CONNECTED PAGES ATTACHED

THIS IS A BLATANT COVER UP BY S.I.S
BECAUSE IT WAS REPORTED TO WARDEN STAFF HANDWRITTEN
GRIEVANCE ABOUT NURSE MCCOLLAH'S PERILOUS NEGLECT
CHECK PSYCHOLOGY/MENTAL HEALTH FILES BECAUSE

STAFF REP DR. MACH **

DR. MACH PULLED ME OUT OF MY CELL FOR A INTERVIEW
AND SHOWED ME A COPY OF MY COMPLAINT WRITTEN DIRECTLY TO WARDEN
STAFF. DR MACH STATED SHE APOLOGIZE FOR THE EVENTS
THAT TOOK PLACE AND A INVESTIGATION    BLATANT LIE!
DONE ON STAFF MCCOLLAH!
SECONDLY THE DAY I WAS TAKEN TO SUICIDE WATCH
I INFORMED MENTAL HEALTH DR OF HER FELLOW STAFF
WATCHING ME EAT PILLS AND LEAVING ME IN CELL #250 C-2
CHECK PSYCHOLOGY REPORTS AND FILE APPROX FEB 2023 - MARCH 2023

FILE WILL SHOW REPORT OF STAFF MISCONDUCT

REFER TO ATTACHED CITY

5-22-24          No time limited for staff
    DATE          BREAKING LAW NO LIMITS IF SO

D. Harris
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See Attached Response

    DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**          CASE NUMBER: 1201243-F1

                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

    DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                         APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: [illegible], [illegible] E | 25901-085 | [illegible] | Florence, Colorado [illegible]
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

[STAFF [illegible]] [illegible] CHECK [illegible]

THIS IS A BLATANT COVER UP [illegible]

[illegible] [illegible] TO WARDEN STAFF [illegible]

[STAFF REP [illegible]] **

[illegible] ALLEGATIONS [illegible] NEGLECT

CHECK PSYCHOLOGY / MENTAL HEALTH FILES BECAUSE

[illegible] PULLED ME OUT OF THE CELL FOR A INTERVIEW

AND [illegible] COMPLAINT [illegible] DIRECTLY TO WARDEN

STAFF [illegible] STATED [illegible] APOLOGIZE FOR THE EVENTS

THAT TOOK PLACE AND A [illegible] INVESTIGATION

DONE ON STAFF [illegible]

[BLATANT LIE!]

[FILE WILL SHOW REPORT OF STAFF MISCONDUCT]

SECONDLY THE DAY I WAS TAKEN TO SUICIDE WATCH

I INFORMED MENTAL HEALTH [illegible] OF HER FELLOW STAFF

WATCHING ME [illegible] AND LEAVING ME IN CELL [illegible] C-2

CHECK PSYCHOLOGY REPORTS AND FILE APPROX FEB 2023 - MARCH 2023

(REFER TO ATTACHED [illegible])

NO [illegible] STAFF [illegible]

5-22-24 | [signature]
DATE | SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See Attached Response

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE

CASE NUMBER: 1201243-F1

CASE NUMBER:

**Part C– RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

(Page 1 of 3)

STAFF MISCONDUCT

Received Admin Remedies

MAY 30 2024

USP Florence

ATTATCH TO BLUE PART FORM

BP9 REQUEST FOR ADMINISTRATIVE REMEDY

STAFF HERE AT U.S.P FLORENCE HIGH DID NOT JUST VIOLATE SEVERAL PROGRAM

STATEMENTS 6031.05 PATIENT CARE ALONG WITH WANTON MISCONDUCT AND

NEGLECT FAR AS PRISON CONDUCT BY STAFF ACTING UNDER COLOR OF FEDERAL

OFFICER, BUT EMPLOYEES HERE AT USP FLORENCE BROKE CRIMINAL LAW

ANY MANY CONSTITUTIONAL AND OR CIVIL RIGHTS. WITH USC TO STATE All

LEGAL VIOLATIONS. SUCH AS 42 USC 1983, USC 1981.

42 USC 1985 CONSPIRACY TO INTEFERE WITH CIVIL RIGHTS, 42 USC 1986. ACTION FOR

NEGLECT TO PREVENT CONSPIRACY AND CRIMINAL LAW 77. CRUEL AND UNUSUAL PUNISHMENT

ALONG WITH VIOLATION RULE 15 DEFAMATION. [LEGAL STANDARDS TO SURVIVE A

MOTION TO DISMISS, A COMPLAINT MUST CONTAIN FACTUAL/SUFFICENT MATTER, ACCEPTED A

TRUE, TO STATE CLAIM TO RELIEF THAT IS PLAUSIBLE ON ITS FACE, A CLAIM HAS FACIAL

PLAUSIBILITY WHEN VICTIM PLEADS FACTUAL CONTENT THAT ALLOWS THE COURT TO DRAW

THE REASONABLE INFERENCE THAT DEFENDENT IS LIABLE FOR MISCONDUCT ALLEGED.]

STAFF VIOLATED 18 USC 3626 APPROPRIATE REMEDIES WITH RESPECT TO PRISON CONDITIONS/SECTION

(i) FEDERAL LAW REQUIRES SUCH RELIEF TO BE ORDERED IN VIOLATION OF STATE OR LOCAL LAW.

ALSO [8 CFR 292.3 PROFESSIONAL CONDUCT FOR PRACTITIONERS - RULES AND PROCEDURES]

NOW STAFF S.I.S IS GOING BEYOND TO VIOLATE MY [ADMINISTRATIVE REMEDY PROGRAM

1330.18 (1/6/1)]! (BY BLATANTLY LIEING ON A FEDERAL GREIVANCE FORM

BY STATEING THERE IS NO RECORD OR DOCUMENTATION TO CONFIRM MY ALLEGATIONS

OF STAFF MISCONDUCT). THATS A PROVEN LIE BECAUSE I REPORTED COMPLAINT

HANDWRITTEN TO WARDEN STARR AND PSYCHOLOGY, DR. MACH PULLED ME OUT TO

DISCUSS MY ATTEMPTED SUICIDE BY OVERDOSE AND MEDICAL STAFF NURSE

MCCOULLAH'S NEGLECT AND PERILOUS ACTIONS. I WAS TOLD THERE WOULD

BE AN INVESTIGATIONS AND STAFF APOLOGIZE FOR EVENT [CHECK PSYCHOLOGY

RECORDS] THIS SHOWS BLATANT COVER UP ATTEMPT IN BLACK AND WHITE,

BUT YOU CANNOT DISPUTE BLATANT VIOLATIONS OF MY CIVIL RIGHTS

AND STAFF WILLING TO LET A INMATE KILL HIMSELF, WHO MEDICAL

TREATS FOR PTSD ILLNESS. [PROOF OF STAFF BREAKING FEDERAL LAW]!

(Page 2 OF 3)

Received
Admin Remedies

MAY 30 2024
USP Florence

BP9 ATTATCHED PART 2 ADMINISTRATIVE REMEDY

[CIVIL RIGHT] - THE RIGHTS OF CITIZENS OF THE UNITED STATES GUARANTEED

BY THE CONSTITUTION OF THE UNITED STATES, PARTICULARY AMENDMENTS

[CIVIL OFFICER] - ANY OFFICER OF THE UNITED STATES WHO HOLDS HIS

APPOINTMENT UNDER THE NATIONAL, WETHER HIS DUTIES ARE EXECUTIVE

OR JUDICIAL, IN THE HIGHEST OR LOWER DEPARTMENTS OF

GOVERMENT, WITH THE EXCEPTION OF OFFICERS OF THE ARMY AND NAVY

[CIVIL REMEDY] - THE REMEDY WHICH INJURED PARTY HAS AGAINST

A PARTY WHO COMMITTED THE INJURY, AS DISTINGUISHED FROM CRIMINAL

PROCEED - DING BY WHICH THE WRONG DOER IS MADE TO EXPIATE THE

INJURY DONE TO SOCIETY

THIS IS NOT A FRIVOLOUS OR MALICIOUS ACT OR EVENT

BUT PERILOUS AND COULD HAVE CAUSED ME MY LIFE OR PERMANENT

DAMAGE. NAMED OFFICERS OF COLOR BROKE FEDERAL LAW

AND I ASKE THAT NAMED OFFICERS BE PROSECUTED AND FIRED

BEFORE THEY HAVE THE CHANCE TO HARM ANOTHER CITIZEN OR PRISONER

I SWEAR UNDER LAW OF PERJURY

DEVONTE E. HARRIS

D. Harris

REVIEW
PSYCHOLOGY
REPORT

PLEASE REFER TO BP10 SENT DIRECTLY TO DSCL

AND DIRECTLY TO CENTRAL OFFICE CERTIFIED MAIL

FOR PERILOUS DETAILS.

LT. TROUTMAN WAS OFFICER BLOWING SMOKE IN MY FACE

AFTER I ATE A RAZOR IN SUICIDE WATCH. LT. TROUTMAN

WAS IN CHARGE THE NO 2 OF SAID DAY APPROX FEB 29, 2023 OR MARCH 1, 2023

(Page 3 of 3)

Received
Admin Remedies

MAY 30 2024

USP Florence

ATTATCH TO BP9 FOR ADMINISTRATIVE REMEDY

SUPPORTING FACTS

VIOLATION OF UNITED STATES CODE

~~DEPO CONST~~ DEPRIVATION OF RIGHTS    1331 BIVENS

28 USC 1343 CIVIL RIGHTS AND ELECTIVE FRANCHISE

SECTION (3) TO REDRESS THE DEPRIVATION, UNDER COLOR OF
any STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM OR USAGE, OF ANY
RIGHT, PRIVILEGE OR IMMUNITY SECURED BY THE CONSTITUTION OF THE
UNITED STATES OR BY ANY ACT OF CONGRESS PROVIDING FOR
EQUAL RIGHTS OF CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION
OF THE UNITED STATES

            - A EMPLOYEE ACTING UNDER FEDERAL COLOR WAS
                BIAS AND WANTON MISCONDUCT AN NEGLIGENCE
                TREATMENT BECAUSE I WAS UNDER INVESTIGATION
                FOR A FALSE RACIST PRE RAPE.
                I COULD HAVE DIED IN MY CELL OF OVERDOSE!

29 USC §626 RECORD KEEPING, INVESTIGATION, AND ENFORCEMENT
        SECTION [a] ATTENDENCE OF WITNESSES; INVESTIGATIONS,
INSPECTIONS, RECORDS, AND HOMEWORK REGULATIONS
29 USC §209 ATTENDANCE OF WITNESSES
29 USC §211 COLLECTION OF DATA
            WITH THE PERILOUS EVENTS TAKEN PLACE
        ITS ALL FACTUAL AND I CANNOT BE DENIED
    ADMINISTRATION REMEDY PROCESS ~~COULD~~ ~~ROUTED~~
WITHOUT RELIEF AND OFFICERS PENALIZED
FOR NOT ABIDEING FEDERAL LAW!
BLATANT MISCONDUCT
BLATANT ATTEMPT OF                D. Harris
                                    85954-083
COVER UP

STATE Misconduct
SIS

FLORENCE, COLORADO
INFORMAL RESOLUTION FORM

_Notice to Inmate: Inmates have the responsibility to use this Program In Good Faith and in an Honest and Straightforward manner._

Inmate Name: Delvonte E Harris          Reg. No. 85954-083
Unit: _____                       Date: May 13, 2024

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):

    REFER TO HANDWRITTEN
    BP8
    ATTACHED

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what resolution you expect: _____

    Inmate's Signature: D Harris                Date: May 13, 2024
    Counselor's Signature: _____         Date: 5/13/24
                            SIS
    Department Involved: _____    Date Assigned: _____    Due Date: _____

    Department's Response regarding Complaint: There is no record of
    or documentation to confirm your allegation.
    There is no evidence of staff misconduct.
    Due to the amount of time which has passed there
    is no video footage to review.

    Department Head Signature: _____      Date: 5/22/24
    Unit Manager's Review: _____          Date: 5-13-24
    Informally Resolved: _____            Date: _____

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|----------|-------------|---------------|-------------|---------------|--------------|
| DATE     | 5/13/24     | 5/13/24       | 6-23-24     |               | Received Admin Remedies |
| TIME     |             |               |             |               | MAY 30 2024  |
| COUNSELOR|             |               |             |               |              |

FCC 1330.18A          Administrative Remedy Program          Attachme

**USP Florence**

DELVONTE E HARRIS    C-1 Cell 151    MAY 7, 2024    U.S.P FLORENCE
INSTITUTION

[COPY REQUESTED]    [RE-WRITE BP9 GREIVANCE]

THIS GREIVANCE IS AGAINST THE FOLLOWING STAFF/OFFICERS FOR VIOLATION OF
TITLE 42 U.S CODE 1983, NEGLECT, WANTON MISCONDUCT,
PROGRAM STATEMENT/POLICY CODES (P3420.11 = STANDARDS OF EMPLOYEE CONDUCT),
TITLE 18 U.S CODE SECTION 4042(a) = DUTIES OF PRISONS
THESE STAFF MEMBERS REFUSED ME MENTAL HEALTH TREATMENT
WHEN I INFORMED THEM IM [SUICIDAL], AND WATCHED ME CONSUME
A BOTTLE OF PILLS IN ATTEMPT OF SUICIDE AND LEFT ME IN MY CELL
AND NOTIFIED NO ONE AT All (NURSE MCCOULLAH) (OFFICER MORRIS)
(S.I.S QUANTANA) (OFFICER BACKUSH) (T.EIZMAN)
    REFER TO BP11 SENT TO CENTRAL REGIONAL OFFICE AND DSCC
    REFER TO BP10 DIRECTLY TO WARDEN STARR AND ASSISTANT WARDEN,
PASS TO ASSISTANT WARDEN ON WALK THROUGH IN ENVOLOPE
    RANGE C-1 Cell 151 [REVIEW CAMERA]

                                    D. Harris
HANDWRITTEN BECAUSE              INMATE DELVONTE E. HARRIS
I HAVE REPEATEDLY DENIED                85954-083
GREIVANCE FORM

                        ORIGINAL TURNED IN TO
                        COUNSELOR CLEMENTI
                        FEB 2023 - MARCH 2023
                        REFER TO LOGBOOK
                        [SHU] REVIEW CAMERA
                        RANGE C-2 Cell 250
                        PLEASE

CC: \\ COUNSELOR POELMAN
    Copy 1 OF 2

                        **Received**
                        **Admin Remedies**

                        MAY 3 0 2024

                        **USP Florence**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1201242-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : OCTOBER 7, 2024
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

I/M
Received
11/12/24
OCC

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARRIS    DELVONTE, E    85954-083    BB    U.S.P FLORENCE
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I HAVE SHOW RECIEPTS AND A PAPERTRAIL FOR ADMINISTRATION TO FOLLOW TO PROVE AND SHOW THE PERILOUS ACTIONS AND EVENTS THAT STAFF ACTING UNDER FEDERAL COLOR HAVE PARTICIPATED IN VIOLATEING MANY OF CIVIL RIGHTS AS A INMATE/HUMAN BEING ALONG WITH MULTIPLE PROGRAM STATEMENTS DUTIES OF PRISONS, PATIENT CARE, CIVIL CONSPIRACY, NEGLIGENCE, WANTON MISCONDUCT, PROFFESSIONALISM. STAFF AND S.I.S ATTEMPT TO COVER UP INCADENTS AND BLATANT LIES BY STAFF OF COLOR ON FEDERAL DOCUMENTS. FOR RELIEF I WANT OFFICERS INVOLVED PROSECUTED AND FIRED. TO PROTECT FUTURE INMATES FROM DEALING WITH DANGEROUS STAFF. REWARDED $ 3.5 million dollers U.S CURRENCY

TRYING TO BLOCK GREIVANCE PROCESS    VIOLATED POLICY 1070.08, 1040.04, 551.90    PLEASE REVIEW PACKET

9/20/2024                    D. Harris
DATE                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
OCT 07 2024
Administrative Remedies
Federal Bureau of Prisons

_____          _____
DATE                          GENERAL COUNSEL
                              CASE NUMBER: 1201242
ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____          _____
DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR    PRINTED ON RECYCLED PAPER    BP-231(13)
                                          JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-
ments must be submitted with this appeal.

From: **Harris    Delvonte   E**        **85954-083**        **BB**        **U.S.P Florence**
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A - REASON FOR APPEAL  I HAVE SHOW RECIEPTS AND A PAPERTRAIL FOR ADMINISTRATION
TO FOLLOW TO PROVE AND SHOW THE PERILOUS ACTIONS AND EVENTS THAT STAFF
ACTING UNDER FEDERAL COLOR HAVE PARTICIPATED IN VIOLATEING MANY OF CIVIL
RIGHTS AS A INMATE/HUMAN BEING ALONG WITH MULTIPLE PROGRAM STATEMENTS
DUTIES OF PRISONS, PATIENT CARE, CIVIL CONSPIRACY, NEGLIGENCE, WANTON
MISCONDUCT, PROFFESSIONALISM. STAFF AND S.I.S ATTEMPT TO COVER UP
INCIDENTS AND BLATANT LIES BY STAFF OF COLOR ON FEDERAL DOCUMENTS.
FOR RELIEF I WONT OFFICERS INVOLVED PROSECUTED AND FIRED. TO PROTECT FUTURE
INMATES FROM DEALING WITH DANGEROUS STAFF. REWARDED $ 3.5 million dollers
U.S CURRENCY
                    TRYING TO BLOCK  ( VIOLATED POLICY  )  PLEASE REVIEW PACKET
                    GREIVANCE        ( 1070.00, 1040.04, )
      9/20/2024     PROCESS          ( 551.90            )
      DATE                                            D. Harris
                                                      SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
OCT 07 2024
Administrative Remedies
Federal Bureau of Prisons
GENERAL COUNSEL

_____              CASE NUMBER: 1201242
      DATE

SECOND COPY: REGIONAL FILE COPY

Part C - RECEIPT

                                           CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____              _____
      DATE                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR                                                          BP-231(13)
                                                                  JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2024


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1201242-R1    REGIONAL APPEAL
DATE RECEIVED  : AUGUST 29, 2024
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : YOU ARE LOCATED IN THE SOUTHEAST REGION.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD        85954-083        BB        U.S.P FLORENCE
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

MY GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201242-F1]
SHOULD NOT HAVE BEEN CLOSED WITHOUT A PROPER REMEDY OF ACTION TAKEN
AND I WAS NOT GIVEN THE COPIES OF THE RESPONSE FROM F.B.OP STAFF SO
THAT I CAN RESPOND OR GO ON TO THE NEXT STEP.
THIS VIOLATES PROGRAM STATEMENT/POLICY GREIVANCE PROCEDURE
4042(a) = DUTIES OF PRISONS, 6031.03 PATIENT CARE    [ATTEMPT OF COVER UP]
NEGLIGENT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN
GREIVANCES WRITTEN DIRECTLY TO REGION AND CENTRAL OFFICE
[I ALSO WOULD LIKE TO BE SENT A COPY OF THE BP8 AND BP9 RESPONSE
FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201242-F1] ALL STAFF
MISCONDUCT GREIVANCES WAS TURNED IN ON THE SAME DATE 6/2024
BUT NOT RETURNED TO ME. PLEASE VIEW PERSONAL INJURY TORT ON SAME SITUATION

(left margin notes) STAFF REP NURSE KAMROD    (PB) (REG.O EVELYN)    WITNESS KENNETH GRAHAM

7-26-2024        RELIEF ASK OF ACUSED        D. Harris
DATE        STAFF FIRED $250,000 US CURRENCY        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

AUG 2 9 2024

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____        _____
DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN        (PRINTED ON RECYCLED PAPER)        BP-230(13)
                                              JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELWONTE, EDWARD    85954-083    BB    U.S.P FLORENCE
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

MY GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201242-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT A PROPER REMEDY OF ACTION TAKEN AND I WAS NOT GIVEN THE COPIES OF THE RESPONSE FROM F.B.OP STAFF SO THAT I CAN RESPOND OR GO ON TO THE NEXT STEP.

(STAFF REP NURSE KATHRYD) THIS VIOLATES PROGRAM STATEMENT/POLICY GREIVANCE PROCEDURE 4042(a) = DUTIES OF PRISONS, 6031.03 PATIENT CARE [ATTEMPT OF COVER UP] NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN GREIVANCES WRITTEN DIRECTLY TO REGION AND CENTRAL OFFICE

(PERSON) [I ALSO WOULD LIKE TO BE SENT A COPY OF THE BP8 AND BP9 RESPONSE FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201242-F1] ALL STAFF

WITNESS KENNETH GRAHAM MISCONDUCT GREIVANCES WAS TURNED IN ON THE SAME DATE 6/2024 BUT NOT RETURNED TO ME. PLEASE VIEW PERSONAL INJURY TORT ON SAME SITUATION

7-26-2024    RELIEF ASK OF ACUSED
DATE    STAFF FIRED $250,000 US CURRENCY    D. Harris    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[CERTIFIED MAIL]

[LEGAL]

**RECEIVED**

AUG 29 2024

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD | 85954-083 | BB | U.S.P FLORENCE
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

MY GREIVANCE PROCESS FOR [STAFF MISCONDUCT 1201242-F1]
SHOULD NOT HAVE BEEN CLOSED WITHOUT A PROPER REMEDY OF ACTION TAKEN
AND I WAS NOT GIVEN THE COPIES OF THE RESPONSE FROM F.B.O.P STAFF SO

(STAFF F.C.P WAS NOT KAPPED)

THAT I CAN RESPOND OR GO ON TO THE NEXT STEP.
THIS VIOLATES PROGRAM STATEMENT / POLICY GREIVANCE PROCEDURE
4042(a) - DUTIES OF PRISONS, 6031.03 PATIENT CARE [ATTEMPT OF COVER UP]
NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN
GREIVANCES WRITTEN DIRECTLY TO REGION AND CENTRAL OFFICE

(REPLAYED EVENTS)

[I ALSO WOULD LIKE TO BE SENT A COPY OF THE BP8 AND BP9 RESPONSE]

WITNESS KENNETH GRAHAM

FOR THIS CASE/DOCUMENT [STAFF MISCONDUCT 1201242-F1] ALL STAFF
MISCONDUCT GREIVANCES WAS TURNED IN ON THE SAME DATE 6/2024

7-26-2024   BUT NOT RETURNED TO ME. PLEASE VIEW PERSONAL INJURY TORT ON SAME SITUATION

DATE   RELIEF ASK OF ACUSED
STAFF FIRED $250,000 US CURRENCY   D. Harris   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[CERTIFIED MAIL]

DATE _____   REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE   CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE _____   SIGNATURE, RECIPIENT OF REGIONAL APPEAL _____

USP LVN

BP-230(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD     85954-083     BB     U.S.P FLORENCE
_____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

MY GRIEVANCE PROCESS FOR [STAFF MISCONDUCT 1201242-F1] SHOULD NOT HAVE BEEN CLOSED WITHOUT A PROPER REMEDY OF ACTION TAKEN AND I WAS NOT GIVEN THE COPIES OF THE RESPONSE FROM F.B.OP STAFF SO THAT I CAN RESPOND OR GO ON TO THE NEXT STEP. THIS VIOLATES PROGRAM STATEMENT/POLICY GRIEVANCE PROCEDURE 4042(a) - DUTIES OF PRISONS, 6031.03 PATIENT CARE. [ATTEMPT OF COVER UP] NEGLECT AND BIAS TREATMENT. PLEASE REFER TO BP8, BP9 AND HANDWRITTEN GRIEVANCES WRITTEN DIRECTLY TO REGION AND CENTRAL OFFICE [I ALSO WOULD LIKE TO BE SENT A COPY OF THE BP8 AND BP9 RESPONSE FOR THIS CASE/DOCUMENTS [STAFF MISCONDUCT 1201242-F1] ALL STAFF MISCONDUCT GREIVANCES WAS TURNED IN ON THE SAME DATE 6/2024 BUT NOT RETURNED TO ME. PLEASE VIEW PERSONAL INJURY TORT ON SAME SITUATION

7-26-2024     RELIEF ASK OF ACCUSED     D. Harris
_____
DATE     STAFF FIRED $250,000 US CURRENCY     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN          BP-230(13)
          JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse:*

From: HARRIS, DEVONTE, E          B5954-083          ●C-1 CELL 153          USP FLORENCE COLORADO
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

[ STAFF MISCONDUCT ]
[ VIOLATION OF 1ST AMENDMENT ]
[ CRIMINAL ACT OF STAFF ]

OFFICER CLIMENTI WAS VERY BIAS TOWARD ME AND MY
CELLMATE GRAHAM WHO IS A WITNESS TO
BOTH OF US TURNING IN FORMS TO COUNSELOR
AND THEIR IS A STAFF LOGBOOK FOR SHU ROUNDS
WITH DATE AND TIMES. STAFF IS TRYING TO ACT ON
A COVER UP. NEXT ILL SEND COPYS TO
COURTS AND SUPEANA CLIMENTI
TO TEST    ON    WRONG DOING. FOR VIOLATION OF
MY 1ST AMENDMENT I DID NOT FINDOUT ABOUT
RONG DOINGS UNTI  I ASKED MY NEW COUNSEL FOR COPYS
OF MY P        BP8,BP9 POELMAN TOLD ME THERE WAS NOT ANY
RECORD    A    I WROTE UP STAFF MISCONDUCT
CHECK BP9 AUG    23 FOR STAFF BLOCKING REMEDY PROCESS

/   / 4

D. Harris
S    TURE F

---

**Part B– RESPONSE**

R
Admin R medies

0

U P  l  n

See Attached Response
EN                    IRECTO

*dissatisfied with*        *the*        *Director*    *appeal must be received*    *the Regional*    *within*    *date o  this response.*

**RETURN TO**                                                        ASE NUMB  1 0124  FI

---

**Part C  RECEIPT**

Return _____

LA                    INITIAL                              UNIT              IN TITUTI

UBJECT·

TE                                    CIPIENT    GNA    AFF MEMB

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** HARRIS, DELVONTE, E        B5954-083    OCI CEII 153   USP FLORENCE COLORADO
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A-- INMATE REQUEST**

(STAFF MISCONDUCT)
(VIOLATION OF 1st AMENDMENT)
(CRIMINAL ACT OF STAFF)

OFFICER CLIMENTI WAS VERY BIAS TOWARD ME AND MY CELLMATE GRAHAM WHO IS A WITNESS TO BOTH OF US TURNING IN FORMS TO COUNSELOR AND THEIR IS A STAFF LOGBOOK FOR SHU ROUNDS WITH DATE AND TIMES. STAFF IS TRYING TO ACT ON A COVER UP. NEXT I'LL SEND COPYS TO COURTS AND SUPEANA CLIMENTI TO TESTIFY ON HIS WRONG DOING. FOR VIOLATION OF MY 1st AMENMENT, I DID NOT FINDOUT ABOUT WRONG DOINGS UNTIL I ASKED MY NEW COUNSEL FOR COPYS OF MY PREVIOUS BP8, BP9. POELMAN TOLD ME THERE WAS NOT ANY ON RECORD AT ALL SO I WROTE UP STAFF MISCONDUCT CHECK BP10 Aug 7, 2023 FOR STAFF BLOCKING REMEDY PROCESS

5/22/24
DATE

D. Harris
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

*See Attached Response*
WARDEN OR REGIONAL DIRECTOR

DATE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**　　　CASE NUMBER: 1201242-F1

CASE NUMBER: ___

**Part C- RECEIPT**

Return to: _____
　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

DATE　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN　　　BP-229(13) APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** HARRIS, DELWAYNE, E          B595?-09?   SC-1(CHII?3   USP ELORENCE COMPLE?

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

OFFICER CELLMATE WAS VERY BIAS TOWARD ME HELPING
CELLMATE GRAHAM WHO IS A WITNESS TO
BOTH OF US TURNING IN FORMS TO COUNSELOR
AND THEIR IS A STAFF LOGBOOK FOR SHU RANGE
WITH DATE AND TIMES. STAFF IS TRYING TO ACT ON
A COVER UP. NEXT I'LL SEND COPIES TO
COURTS AND SUPREME COURTS?
   TO TESTIFY ON HIS WRONG DOING. FOR VIOLATION OF
MY 4TH AMENDMENT, I DID NOT FIND OUT ABOUT
WRONG DOINGS UNTIL I ASKED MY NEW COUNSELOR FOR COPIES
OF MY PREVIOUS LIFE, MY RELIGION TELL ME THERE WAS NOT ANY
ON RECORD AT ALL SO I WROTE UP STAFF THE COUNSELOR
CHECK BP10 Aug 7, 2023 FOR STAFF BLOCKING REMEDY PROCESS

5/22/24                              D. Harris?

DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

See Attached Response

DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**          CASE NUMBER: **1201242-F1**

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                                    APRIL 1982

STAFF misconduct
SIS

## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**Notice to Inmate:** *Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.*

Inmate Name: DEVONTE E. HARRIS        Reg. No. 45954-083
Unit: _____                 Date: May 13, 2024

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):

   REFER TO HANDWRITTEN
   RE-RITE
   ATTATCHED
   PLEASE

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: _____

Inmate's Signature: D Harris        Date: May 13, 2024
Counselor's Signature: _____    Date: 5/13/24

Department Involved: SIS       Date Assigned: _____    Due Date: _____

Department's Response regarding Complaint: There is no record of you submitting a Grievance to Counselor Clementi. Camera footage was unable to be viewed due to the amount of time which has passed. There is no evidence of staff misconduct.

Department Head Signature: _____        Date: 5/22/24
Unit Manager's Review: _____            Date: 5-13-24
Informally Resolved: _____              Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/13/24 | 5/13/24 | 5-23-24 | | Received Admin Remedies |
| TIME | | | | | |
| COUNSELOR | _____ | _____ | _____ | | MAY 30 2024 |

FCC 1330.18A        Administrative Remedy Program        Attachme

**USP Florence**

DELVONTE E. HARRIS    C-1 CELL 151.

MAY 7, 2024

U.S.P FLORENCE
INSTITUTION

[ COPY REQUESTED ]

[ BPB GREIVANCE FORM ]

THIS GREIVANCE IS AGAINST OFFICER/COUNSELOR CLEMENTI
FOR THE VIOLATION OF MY 1st AMENDMENT AND PROGRAM STATEMENT/POLICY
(P3420.11 = STANDARDS OF EMPLOYEE CONDUCT)
BY NEGLECTING TO TURN IN MY BPB GREIVANCES TOWARD HIS STAFF
AND BEING BIAS BECAUSE I WAS FALSELY ACCUSED OF A GANG
RASIST PRE-RAPE OF A WHITE INMATE ALONG WITH 7 OTHER BLACK
INMATES. [REVIEW CAMERAS C-2 CELL 250 REFER TO [SHU] LOGBOOK]
FEB 2023 - MARCH 2023, OFFICER CLEMENTI CAME TO MY DOOR
AND RECIEVED MY GREIVANCES AND DID NOT TURN THEM IN OR FILE THEM!
MY [NEW COUNSEL POELMAN] INFORMED ME NONE OF MY GREIVANCES
WAS FILED AT ALL WHEN I ASKED HIM FOR COPY'S, OF MY PREVIOUS
GREIVANCES.

D. Harris
INMATE DELVONTE E. HARRIS
85954-083

HANDWRITTEN BECAUSE
I HAVE REPEATEDLY DENIED
GREIVANCE FORM

C.C:\\ COUNSELOR POELMAN
[ COPY 1 OF 2 ]

Received
Admin Remedies

MAY 30 2024

USP Florence

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 9, 2024


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1201241-R1    REGIONAL APPEAL
DATE RECEIVED  : AUGUST 29, 2024
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,    REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS        : YOU ARE LOCATED IN THE SOUTHEAST REGION.


I/M
Received
9/18/24
Jmo
CCC

U.S. Department of Justice

# Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD — 85954-083 — B8 — U.S.P FLORENCE
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATEING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE OF MY GREIVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9 1201241-F1] ONCE I WAS AT USP COLEMAN 1 ON 7-16-2024 BY COUNSEL MRS. FED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. SO HOW CAN THIS PROBLEM BE CLOSED ON 7-09-2024, WHEN I NEVER RECIEVED ANY RESPONCE TO CHOOSE MY NEXT STEP OR REMEDY PROCESS. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE. PLEASE SEE ATTATCHED DOCUMENTS THAT STATES I WAS IN OKLAHOMA AND THEN USP COLEMAN 1. FOR RELIEF I ASK MY TORT CLAIM BE HONORED AND $150,000 U.S CURRENCY FOR MENTAL ANGUISH / SUFFERING FOR OVER 100 DAYS. KNOWING I NOT GUILTY AFTER 14 DAYS

(Margin notes: STAFF REP MR. Redman -3 MS. FED; COVER UP ATTEMPT)

7-26-2024 — D. Harris
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: ____

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: ____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One Copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE EDWARD    85954-083    ASU 250 RB    U.S.P FLORENCE
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE Employers OF THE F.B.O.P ARE BLATANTY TRYING TO COVER UP ITS WRONG DOINGS VIOLATEING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE OF MY GREIVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9 1201241-F1] ONCE I WAS AT US.P Coleman 1 ON 7-16-2024 BY COUNSEL MRS. FED m-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. SO HOW CAN THIS PROBLEM BE CLOSED ON 7-09-2024, WHEN I NEVER RECIEVED ANY RESPONCE TO CHOOSE MY NEXT STEP OR REMEDY PROCESS. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE. PLEASE SEE ATTATCHED DOCUMENTS THAT STATES I WAS IN OKLAHOMA AND THEN USP Coleman 1. FOR RELIEF I ASK MY TORT CLAIM BE HONORED AND $150,000 U.S CURRENCY FOR MENTAL ANGUISH/SUFFERING FOR OVER 100 DAYS. KNOWING I NOT GUILTY AFTER 14 DAYS

*STAFF REP MR. Redmon, 3 MS. FED.*

*COVER UP ATTEMPT*

7-26-2024
DATE

D. Harris
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HARRIS, DELVONTE, EDWARD     85954-083     BB     U.S.P FLORENCE
_____     _____     ____     _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTLY TRYING TO COVER UP ITS WRONG DOINGS VIOLATING MANY POLICY AND PROGRAM STATEMENT. PATIENT CARE, GREIVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE OF MY GREIVANCE PROCESS AND SERVED THE RESPONSE FOR MY [BP9 1201241-F1] ONCE I WAS AT US.P Coleman 1 ON 7-16-2024. By COUNSEL MRS.FED M-UNIT-CELL 207. AN WAS NOT GIVEN A REMEDY. SO HOW CAN THIS PROBLEM BE CLOSED ON 7-09-2024, WHEN I NEVER RECIEVED ANY RESPONCE TO CHOOSE MY NEXT STEP OR REMEDY PROCESS. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE. PLEASE SEE ATTACHED DOCUMENTS THAT STATES I WAS IN OKLAHOMA AND THEN USP Coleman 1. FOR RELIEF I ASK MY TORT CLAIM BE HONORED AND $150,000 U.S CURRENCY FOR MENTAL ANGUISH/SUFFERING FOR OVER 100 DAYS. KNOWING I NOT GUILTY AFTER 14 DAYS

[margin note: STAFF REP MR. RAINER M.S.I.E.D] [margin note: COVER UP ATTEMPT]

7-26-2024                                   D. Harris
_____                            _____
DATE                                       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                            _____
DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____     _____     ____     _____
            LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                            _____
DATE                                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: <u>HARRIS, DELVONTE, EDWARD</u>    <u>85954-083</u>    <u>BP2077 B U.S.P FLORENCE</u>
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** THIS APPEAL IS BECAUSE EMPLOYERS OF THE F.B.O.P ARE BLATANTY TRYING TO COVER UP ITS WRONG DOINGS VIOLATEING MANY POLICY AND PROGRAM STATEMENTS. PATIENT CARE, GRIEVANCE PROCEDURE, DUTIES OF PRISONS, ALONG WITH DUE PROCESS PROCEDURES. I WAS TRANSFERED IN THE MIDDLE OF MY GRIEVANCE PROCESS AND SERVED THE RESPONCE FOR MY [BP9 1201241-F1] ONCE I WAS AT US.P COLEMAN 1 ON 7-16-2024 BY COUNSEL MRS. FED M-UNIT CELL 207. AN WAS NOT GIVEN A REMEDY. SO HOW CAN THIS PROBLEM BE CLOSED ON 7-09-2024, WHEN I NEVER RECIEVED ANY RESPONCE TO CHOOSE MY NEXT STEP OR REMEDY PROCESS. VIOLATION OF MY RIGHTS AS A FEDERAL INMATE. PLEASE SEE ATTACHED DOCUMENTS THAT STATES I WAS IN OKLAHOMA AND THEN USP COLEMAN 1. FOR RELIEF I ASK MY TORT CLAIM BE HONORED AND $250,000 U.S CURRENCY FOR MENTAL ANGUISH/SUFFERING FOR OVER 100 DAYS. KNOWING I NOT GUILTY AFTER 14 DAYS

<u>7-26-2024</u>                                           *D. Harris*
      DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

      DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**

                                        CASE NUMBER: _____

Return to: _____
             LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

      DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                     BP-230(13)
                                                     JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HARRIS, DELVONTE, E            85954-083        C-1 Cell 153     USP FLORENCE, Colorado
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.              UNIT              INSTITUTION

**Part A– INMATE REQUEST**

I WAS ARRESTED FOR FALSE PREA RAPE BY S.I.S LT LOPEZ
WHO DID NOT DO PROPER INVESTIGATION, BUT JUMPED THE GUN BECAUSE OF
VICTIM BEING WHITE SAID TO BE RAPED BY MULTIPLE BLACK INMATES!
NOT EVEN 72 HRS AFTER BEING IN SHU LT. LOPEZ CAME TO MY CELL C-2 CELL Z48
AND INFORMED ME ALONG WITH INMATE GRAHAM THAT HE KNEW THE VICTIM
WAS LIEING AND HAD RECORDS OF HIM FILEING FALSE PREA'S AT OTHER
INSTITUTIONS. ALSO DNA SAMPLES CAME BACK CLEAR APPROX 2 WEEKS AFTER MY
ARREST. BUT YET I WAS STILL HELD OVER 100 DAYS SHOT FREE

[REFER TO ATTACHED COPY]

AND HAD MY PERSONAL PROPERTY LOSSED/MISHANDLED BY STAFF
ANOTHER VIOLATION OF DUE PROCESS. INMATE GRAHAM WAS TOLD HE WAS
A MISTAKEN IDENTITY BY STAFF. WE NEVER WAS SERVED AN
EXTENSION AFTER 30 DAYS OF INVESTIGATION STILL BEING OPEN
I REMAINED CHARGE FREE INNOCENT PLEASE HONOR MY TORT
CLAIM I HAVE BEEN GOING WITHOUT    [LOST PROPERTY]
FOR OVER 10 MONTHS NOW
DUE TO FALSE PREA & S.I.S

5/22/24                    D. Harris
DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
Admin Remedies

MAY 30 2024

**USP** Florence

_____                    _____
DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 120124I-FI

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        ☸        _____
DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                                        APRIL 1982

Case No. 1:25-cv-01410-RTG    Document 1    filed 05/05/25    USDC Colorado    pg 58 of 78

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HARRIS, DEWUNIE, E.    85954-083    C-1 CELL 153    USP FLORENCE, COLOR.
| LAST NAME, FIRST, MIDDLE INITIAL. | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I WAS ARRESTED FOR FALSE PREA RAPE BY S.I.S LT LOPEZ
WHO DID NOT DO PROPER INVESTIGATION, BUT JUMPED THE GUN BECAUSE OF
VICTIM BEING WHITE SAID TO BE RAPED BY MULTIPLE BLACK INMATES!
NOT EVEN 72 HRS AFTER BEING IN SHU LT. LOPEZ CAME TO MY CELL C-2 CELL 248
AND INFORMED ME ALONG WITH INMATE GRAHAM THAT HE KNEW THE VICTIM
(WAS LIEING) AND HAD RECORDS OF HIM FILING FALSE PREA AT OTHER
INSTITUTIONS. ALSO DNA SAMPLES CAME BACK CLEAR (ADDED 2 WEEKS AFTER MY)

[REFER TO ATTACHED COPY]

ARREST. BUT YET I WAS STILL HELD OVER 100 DAYS SHOT FREE
AND HAD MY PERSONAL PROPERTY LOSSED/MISHANDLED BY STAFF
ANOTHER VIOLATION OF DUE PROCESS. INMATE GRAHAM WAS TOLD HE WAS
A MISTAKEN IDENTITY BY STAFF. WE NEVER WAS SERVED AN
EXTENSION AFTER 30 DAYS OF INVESTIGATION STILL BEING OPEN
I REMAINED CHARGE FREE INNOCENT PLEASE HONOR MY TORT
CLAIM I HAVE BEEN SUING WITHOUT    [LOST PROPERTY]

5/22/24    FOR OVER 10 MONTHS NOW    D. Harris
DATE    DUE TO FALSE PREA 3.54.5    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

See Attached Response

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE    CASE NUMBER: 1201241-F1

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    BP-229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

**Part A– INMATE REQUEST**

I was arrested for false arch rape by S-13 of injez who did not do proper investigation, But judge the con because of victim being state said to be falesly taught alice indates not even to her after burned the collect call to my cell c-2 c-11-248 and informed of along with inmate Graham that he knew the victim (case lieutenant) and records of him filing false arest at other institutions. Also DNA smples state back creat injez suffers after his arest. But yet I was still held over 30days until felt and had my personal property losed/mishandled by staff another violation of due process. Inmate Graham was told he was a mistaken identity by staff, we never was sered an extension after over 30days of investigation still being open ...... charge for innocent people heavy dirty .... I have been .... ....... to false the ssn:

5/22/24                                      L. Hayes

| DATE | | SIGNATURE OF REQUESTER |
|---|---|---|

**Part B– RESPONSE**

See Attached Response

| DATE | | WARDEN OR REGIONAL DIRECTOR |
|---|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**            CASE NUMBER: **1201241-F1**

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|---|---|---|

USP LVN                                          BP-229(13)
                                                 APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate,   the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

*STAFF misconduct SIS*

## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._

Inmate Name: DELVONTE E HARRIS     Reg. No. 85954-083
Unit: C-1 CELL(S)     Date: May 13, 2024

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint (single complaint or a reasonable number of closely related issues):
REFER TO CONNECT
ATTATCHED
REWRITE PLEASE

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what resolution you expect: _____

Inmate's Signature: D. Harris     Date: May 13, 2024
Counselor's Signature: _____     Date: 5/13/24
Department Involved: SIS     Date Assigned: ____ Due Date: ____

Department's Response regarding Complaint: Due to the nature of the PREA allegation you were housed appropriately until the conclusion of the investigation. Your Due Process Rights were not violated during the course of the investigation

Department Head Signature: _____ Date: 5/22/24
Unit Manager's Review: _____ Date: 5-13-24
Informally Resolved: _____ Date: ____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | Received Admin Remedies |
|---|---|---|---|---|---|
| DATE | 5/13/24 | 5/13/24 | 5-23-24 | | MAY 30 2024 |
| TIME | | | | | USP Florence |
| COUNSELOR | | | | | |

FCC 1330.18A     Administrative Remedy Program

DELVONTE E HARRIS       C-1 Cell 151       MAY 7, 2024

U.S.P FLORENCE
INSTITUTION

[COPY REQUESTED]

[RE - WRITE BPB GREIVANCE]

THIS GREIVANCE IS AGAINST (S.I.S LOPEZ) ~~Buso~~ FOR FALSE
IMPRISONMENT/ILLEGALY HOLDING ME IN [SHU] SPECIAL HOUSEING
FOR OVER 102 DAYS FOR A FALSE FABRICATED RASIST PRE RAPE
OF A WHITE INMATE STEVEN FELMAN, WITHOUT A PROPER INVESTIGATION
AND VIOLATEING MY DUE PROCESS RIGHTS. I WENT THROUGH PERILOUS
EVENTS WHILE HELD FOR FALSE PREA DUE TO STAFF MISCONDUCT.
    (REFER TO SENSITIVE BPIO TO WARDEN DIRECTLY, REFER TO BPII DIRECTLY
    TO CENTRAL REGIONAL OFFICE).

D. Harris
INMATE DELVONTE E. HARRIS
85954-083

HANDWRITTEN BECAUSE I HAVE
BEEN REPEATEDLY DENIED
GREIVANCE FORM

ORIGINAL TURNED IN TO
COUNSELOR CLEMENTI
FEB 2023 - MARCH 2023
REFER TO LOGBOOK
[SHU] REVIEW CAMERA
RANGE C-2 CELL 250
PLEASE

CC:\\ COUNSELOR RELMAN
[COPY 1 OF 2]

Received
Admin Remedies

MAY 30 2024

USP Florence

M26

DELVONTE E HARRIS, 85954-083
OKLAHOMA CITY FTC      UNT: 1 OKL M    QTR: E03-506L
P.O. BOX 898802
OKLAHOMA CITY,  OK 73189

TRANSIT PROOF



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

Office of the Regional Counsel

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

July 16, 2024

Delvonte Harris, Reg. No. 85954-083
USP Coleman
P.O. BOX 1033
Coleman, FL 33521

RE:    Tort Claim TRT-NCR-2024-04262
Amount of Claim: $380.00

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 31 U.S.C. § 3723, <u>Small Claims for Property Damage or Loss</u>. An investigation of your claim revealed that you did not suffer any property loss or damage as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied. You may request, in writing, that the Bureau of Prisons reconsider your claim. The request for reconsideration must be submitted to the Regional Counsel for the North Central Regional Office within three months of the date of the decision letter. You should include additional evidence of the damage or loss to support your request for reconsideration. There is no review available by the United States District Court for claims decided pursuant to 31 U.S.C. § 3723.

Sincerely,

*COVER UP ATTEMPT*

Mary A. Noland
Regional Counsel

```
  OPKQ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-16-2024
  PAGE 002 OF 002 *                 SANITIZED FORMAT            *    06:53:26
```

| REMEDY-ID | SUBJ1/SUBJ2 RCV-OFC | RCV-FACL | ABSTRACT DATE-RCV | STATUS | STATUS-DATE |
|---|---|---|---|---|---|
| 1171264-R1 | 33HM/ NCR | FLP | ADMINISTRATIVE REMEDY PROCEDURES 08-07-2023 | REJ | 08-08-2023 |
| 1192140-A1 | 28ZS/ BOP | FLP | ISSUES WITH PSYCHOLOGY TREATMENT 02-16-2024 | REJ | 03-11-2024 |
| 1192140-F1 | 28ZS/ FLP | FLP | ISSUES WITH PSYCHOLOGY TREATMENT 03-05-2024 | CLO | 03-15-2024 |
| 1192140-R1 | 28ZS/ NCR | FLP | ISSUES WITH PSYCHOLOGY TREATMENT 04-02-2024 | REJ | 04-02-2024 |
| 1192140-A2 | 28ZS/ BOP | FLP | ISSUES WITH PSYCHOLOGY TREATMENT 05-29-2024 | REJ | 06-18-2024 |
| 1201241-F1 | 34ZS/ FLP | FLP | ALLEGES STAFF MISCONDUCT 05-30-2024 | CLO | 07-09-2024 |
| 1201242-F1 | 34ZM/ FLP | FLP | ALLEGES STAFF MISCONDUCT 05-30-2024 | CLO | 06-18-2024 |
| 1201243-F1 | 34ZM/ FLP | FLP | ALLEGES STAFF MISCONDUCT 05-30-2024 | CLO | 06-18-2024 |

SIS

```
                8 REMEDY SUBMISSION(S) SELECTED
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

7-16-2024

Ask for 3 BP10 forms

**BP-229 RESPONSE**                                      **Case Number: 1201241-F1**

Your Request for Administrative Remedy dated May 22, 2024, and received in this office May 30, 2024, has been reviewed. You allege staff misconduct. Specifically, you allege a staff member falsely arrested you due to a false Prison Rape Elimination Act allegation. You do not state a specific request for relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted. Allegations of staff misconduct are taken seriously. Your allegations of staff misconduct have been reviewed. However, inmates do not have any entitlements to be informed of the outcome of the review, or if applicable, the administrative action taken against staff.

Accordingly, your Request for Administrative Remedy is for informational purposes only.

In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____
M. Starr, Warden                                                Date   7/9/2024

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 21, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DELVONTE E HARRIS, 85954-083
      COLEMAN I USP    UNT: 6 GP    QTR: M02-224L
      P.O. BOX 1023
      COLEMAN,  FL 33521


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1201241-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : OCTOBER 7, 2024
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY ~BOTH
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

I/M
Received
11/12/24

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __HARRIS, DEWONTE, E__     __85954-083__     __BB__     __U.S.D FLORENCE__
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** I HAVE SHOWN RECIEPTS AND A PAPERTRAIL FOR ADMINISTRATION TO FOLLOW TO PROVE AND SHOW THE PERILOUS ACTIONS AND EVENTS THAT STAFF ACTING UNDER FEDERAL COLOR HAVE PARTICIPATED IN VIOLATEING MANY OF MY CIVIL RIGHTS AS A INMATE/HUMAN BEING ALONG WITH MULTIPLE PROGRAM STATEMENTS DUTIES OF PRISONS, Patient care, CIVIL CONSPIRACY, Negligence, wanton misconduct PROFFESSIONALISM. STAFF AND S.I.S ATTEMPT TO COVER UP INSADENTS AND Lieing on FEDERAL DOCUMENTS. For relief I won't OFFICERS INVOLVED PROSECUTED AND FIRED. TO PROTECT FUTURE INMATES FROM Dealing WITH DANGEROUS STAFF. REWARDED $5 million dollars U.S CURRENCY.

Violated policy 1070.08 1040.04 551.90

PLEASE REVIEW PACKET

__9/20/2024__     TRYING TO BLOCK GREVANCE PROCESS     __D. Harris__
DATE                                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

```
          RECEIVED

        OCT 07 2024

     Administrative Remedies
    Federal Bureau of Prisons
```

_____ DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __1201241__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____ DATE                  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR        PRINTED ON RECYCLED PAPER        BP-231(13)
                                                    JUNE 2002

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HARRIS, DEWONTE, E          85954-083          BB          U.S.P FLORENCE
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**   I HAVE SHOWN RECIEPTS AND A PAPERTRAIL FOR ADMINISTRATION TO FOLLOW TO PROVE AND SHOW THE PERILOUS ACTIONS AND EVENTS THAT STAFF ACTING UNDER FEDERAL COLOR HAVE PARTICIPATED IN VIOLATEING MANY OF MY CIVIL RIGHTS AS A INMATE/HUMAN BEING ALONG WITH MULTIPLE PROGRAM STATEMENTS DUTIES OF PRISONS, Patient care, CIVIL CONSPIRACY, Negligence, Wanton misconduct PROFFESSIONALISM. STAFF AND S.I.S ATTEMPT TO COVER UP INSIDENTS AND lieing ON FEDERAL DOCUMENTS. For Relief I Want OFFICERS INVOLVED PROSECUTED AND FIRED. TO PROTECT FUTURE INMATES FROM DEALING WITH DANGEROUS STAFF. REWARDED $5 million dollars U.S CURRENCY

   VIOLATED
   POLICY
   1070.08
   1040.04
   551.90

9/20/2024          TRYING TO BLOCK GREVINCE PROCESS          D. Harris          PLEASE REVIEW PACKET
DATE                                                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE                         GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY          CASE NUMBER: 1207241

**Part C - RECEIPT**

                              CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION
SUBJECT: _____

_____          _____
DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

FPI-PEPR          BP-231(13)
                 JUNE 2002

```
COPKQ           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      08-06-2024
PAGE 002 OF 002 *                SANITIZED FORMAT              *      13:57:04
```

| REMEDY-ID | SUBJ1/SUBJ2 | ABSTRACT | | | |
|-----------|-------------|----------|------|--------|------------|
|           | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
| 1171264-R1 | 33HM/ | ADMINISTRATIVE REMEDY PROCEDURES | | | |
|           | NCR | FLP | 08-07-2023 | REJ | 08-08-2023 |
| 1192140-A1 | 28ZS/ | ISSUES WITH PSYCHOLOGY TREATMENT | | | |
|           | BOP | FLP | 02-16-2024 | REJ | 03-11-2024 |
| 1192140-F1 | 28ZS/ | ISSUES WITH PSYCHOLOGY TREATMENT | | | |
|           | FLP | FLP | 03-05-2024 | CLO | 03-15-2024 |
| 1192140-R1 | 28ZS/ | ISSUES WITH PSYCHOLOGY TREATMENT | | | |
|           | NCR | FLP | 04-02-2024 | REJ | 04-02-2024 |
| 1192140-A2 | 28ZS/ | ISSUES WITH PSYCHOLOGY TREATMENT | | | |
|           | BOP | FLP | 05-29-2024 | REJ | 06-18-2024 |
| 1201241-F1 | 34ZS/ | ALLEGES STAFF MISCONDUCT | | | |
|           | FLP | FLP | 05-30-2024 | CLO | 07-09-2024 |
| 1201242-F1 | 34ZM/ | ALLEGES STAFF MISCONDUCT | | | |
|           | FLP | FLP | 05-30-2024 | CLO | 06-18-2024 |
| 1201243-F1 | 34ZM/ | ALLEGES STAFF MISCONDUCT | | | |
|           | FLP | FLP | 05-30-2024 | CLO | 06-18-2024 |

```
                    8 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

# Bureau of Prisons
# Psychology Services
# Transfer Intake Screening

**SENSITIVE BUT UNCLASSIFIED****

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HARRIS, DELVONTE E | | | | Reg #: | 85954-083 |
| Date of Birth: | 06/22/1992 | Sex: | M | Facility: FLP | Unit Team: | C |
| Date: | 12/07/2022 15:15 | Provider: | Pilsbury, A. PsyD | | | |

Date of Intrasystem Transfer:    12/07/2022    Transfered From:    BMX--BEAUMONT FCC

| | |
|---|---|
| 1. Review of Inmate's PSIQ indicates that an in-person interview is clinically indicated? | Yes |
| 2. Review of Inmate's **MENTAL HEALTH** record indicates that an in-person interview is clinically indicated? | Yes |
| 3. Review of Inmate's **SENTRY** record indicates that an in-person interview is clinically indicated? | No |
| 4. Is there any other information which indicates current need or request for Psychological Services? | No |

## Summary

Inmate HARRIS is a 30-year-old, Black male, currently incarcerated for ORIG: POSS F/A BY FLN; SRT/VIOL; NEW: POSS OF F/A BY CNVCTD FLN; TIE=82M(CS) W/3Y SRT; #3:15-CR-100; #3:21-CR-00018-REP-1. His PRD is 02/25/2026. This writer met with the inmate to complete his transfer intake screening. Limits of confidentiality were discussed, he had the opportunity to ask questions, and he verbalized his understanding of the limits of confidentiality.

Following a mental health evaluation for sentencing and future treatment purposes in 2015, inmate HARRIS was diagnosed with posttraumatic stress disorder (PTSD; history of getting shot); major depressive disorder, with anxious distress, severe; cannabis use disorder, in remission, in a controlled environment; and MDMA use disorder, in remission, in a controlled environment. Per his PSIQ, inmate HARRIS reported he has been admitted for inpatient mental health treatment on two separate occasions. There is no mention of inpatient treatment in his PSR. He has a history of substance abuse. He is listed via SENTRY as RESIDENT DRUG TRMT QUALIFIED. BEMR reflects he is currently diagnosed with major depressive disorder, recurrent; unspecified mood disorder; and PTSD by Health Services. He is prescribed Celexa and Remeron at FLP. He completed an RDAP Diagnostic Interview on 11/28/2022, but he does not have current substance use disorder diagnoses listed at this time. Upon completing his PSIQ and speaking with this writer, inmate HARRIS endorsed current anxiety, associated with situational stressors. He did not discuss specific symptoms and suggested his current experiences are manageable. He did not present with any functional impairment or acute distress. He expressed desire to speak with Psychology Services on an as needed basis at FLP.

The BOP Sexual Abuse Prevention Policy was discussed with inmate HARRIS, to include rights to be free from sexual abuse, sexual assault, and retaliation for reporting such incidents. The inmate displayed no language barriers, cognitive or learning problems, or other disabilities that would substantially limit his understanding of the agency's effort to prevent, detect, and respond to sexual abuse and sexual harassment. Inmate HARRIS denied ever being the victim or perpetrator of sexual assault while in an institutional setting or in the community. He did not provide any information that would warrant concern about his risk for victimization or potential for abusiveness.

Inmate HARRIS will maintain Care1-MH status. He does not demonstrate a need for regular mental health intervention at this time. He was advised of how to contact Psychology Services in routine and emergent situations should the need arise in the future. He verbalized understanding.

Completed by Pilsbury, A. PsyD on 12/12/2022 15:41

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

December 3, 2024

**Harris, Delvonte Reg # 85954-083**
**USP Coleman I**
**U.S. PENITENTIARY**
**P.O. BOX 1033**
**COLEMAN, FL  33521**

Dear Mr. or Mrs. Harris,

Thank you for your correspondence. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations.  After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ.  Therefore, we have forwarded your correspondence to:

<div align="center">

**Federal Bureau of Prisons**
**Office of Internal Affairs**
**320 First Street, NW, Room 600**
**Washington, D.C. 20534**
**Phone: (202) 307-3286**

</div>

Please direct any further correspondence regarding this matter to that office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs, or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division
Southeast Region

<div align="center">60 Forsyth Street, S.W., Suite 8M45 Atlanta, Ga. 30303</div>

CIVIL CASE 3:23-cv-00599

U.S. Department of
Justice
Federal Bureau of Prisons

United States Penitentiary
Florence, Colorado 81226

April 1, 2024

**Harris, Delvonte**
Reg. No.: 85954-083

Inmate Harris never received a memorandum for his appeal
regarding Civil Action 3:23cv599. Please allow inmate Harris to
continue his appeal without penalty.

A. Poelman, Correctional Counselor

CIVIL ACTION NO. 3:23CV599  Regional Administrative Remedy Appeal

From: Harris, Delvonte Edward  85454-083  BB  Florence Colorado High
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**

Staff here and my unit team has been denying me my grievance process. They has disposed of my bp8's/9's and when I try to turn in any remedy or exaust my remedy's staff are refusing my documents

7/5/2023
DATE

D Harris
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED AUG 07 2023

DATE                                              REGIONAL DIRECTOR

SECOND COPY: RETURN TO INMATE                    CASE NUMBER 1171264-R1

**Part C - RECEIPT**                             CASE NUMBER

Return to: _____ LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT:

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*CIVIL ACTION NO: 3:23-CV-00599*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __HARRIS, DELVONTE, E__  __85954-083__  __C-1__  __U.S.P FLORENCE__
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A– INMATE REQUEST    REGIONAL DIRECTOR

INMATE 85954-083 HEREBY GIVE NOTICE OF BLATANT U.S.P FLORENCE STAFF MISCONDUCT IN FORM OF BIAS AND TARGETING AND REFUSEING ME MENTAL HEALTH TREATMENT KNOWING I SUFFER FROM SEVERE ANXIETY AND SEVERE PTSD CAUSING PANIC ATTACKS, NIGHTMARES WAKEING UP IN COLD SWEATS AND SEVERE ANXIETY PROBLEMS. THE MISCONDUCT AS DETAILED VIOLATES BUREAU OF PRISONS PROGRAM STATEMENTS (P3420.11 = STANDARDS OF EMPLOYEE CONDUCT, AND TITLE 18 U.S CODE SECTION 4042(a) = DUTIES OF PRISONS. I HAVE FILED A BP8 WITHOUT RESPONSE OR AID. TO REMEDY THIS SITUATION I ASK TO BE REMOVED FROM THIS INSTITUTION TO SOME WHERE MY MENTAL HEALTH WILL BE TREATED WITHOUT BIAS. I HAVE ASK WARDEN FOR HELP ANONG WITH CAPTAIN WITH NO RELIEF. I HAVE BEEN SUFFERING FOR MONTHS WAITTING ON MENTAL HEALTH TREATMENT. MENTAL HEALTH HERE AT U.S.P FLORENCE DOES NOT TAKE THEIR JOBS SERIOUSLY. STAFF HERE HAVE BEEN IGNOREING MY COMPLAINTS AND BP8'S. THIS IS TO REGIONAL DIRECT

__2-26-2024__    Copy-REQUESTED                 __D. Harris__
      DATE                                      SIGNATURE OF REQUESTER

Part B– RESPONSE

Received
Admin Remedies
MAR 0 5 2024
USP Florence

_____                    _____
        DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: __1192140-F1__

Part C– RECEIPT                                              CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
        DATE

USP LVN                          RECIPIENT'S SIGNATURE

AO 245B (Rev. 09/19) (VAED 9/21) Judgment in a Criminal Case
Sheet 3A – Special Conditions

CIVIL ACTION NO. 3:23cv599

| Case Number: | 3:21-CR-00018-REP-1 | Page 5 of 7 |
| Defendant's Name: | HARRIS, DELVONTE E. | 3:23-CV-00599 |

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, all as directed by the probation officer.

2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment, to include P.T.S.D., as approved and directed by the Probation Officer.

3) The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $25.00, starting 60 days after supervision begins until paid in full.

PAPER TRAIL TO SHOW IT IS IN MY FILE
THAT I SUFFER FROM MENTAL HEALTH
AND PTSD AND THAT STAFF HERE IS
NEGLECTFUL AND BIAS
IGNOREING MY PRIMARY
DIAGNOSES



Delonte E. Harris 85954-083
United States Penitentiary Coleman 2
Federal Correctional Complex Coleman 2
PO Box 1033
Coleman, FL 33521 - 1033

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL 33521
MAY 01, 2025
$0.00
S2324H506055-09

Retail

RDC 99

80294

Court of Clerk
Alfred A. Arraj U.S. Court House
901 19th Street
Denver, Co 80294

Legal Mail